UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> GOLDMAN SACHS MORTGAGE COMPANY, GOLDMAN SACHS & CO., INC., AMERICAN HOME MORTGAGE SECURITIES LLC, AMERICAN HOME MORTGAGE ASSETS LLC, BEAR STEARNS ASSET BACKED SECURITIES I LLC, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., UBS SECURITIES LLC, MICHAEL STRAUSS, STEPHEN A. HOZIE, THOMAS M. MCDONAGH, ALAN B. HORN, JOSEPH T. JURKOWSKI, JR., MATTHEW E. PERKINS, SAMUEL L. MOLINARO, JR., and THOMAS F. MARANO, <br><br> Defendants. | No. 3:11-cv-30126-MAP |

## NOTICE OF APPEARANCE

Kindly enter the appearance in the above-entitled action of Mark A. Berthiaume as counsel for defendants Goldman Sachs Mortgage Company and Goldman Sachs & Co., Inc.

Respectfully Submitted,


/s/ Mark A. Berthiaume
Mark A. Berthiaume, BBO # 041715
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6007
Fax: (617) 310-6001

Dated: May 26, 2011

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 26, 2011.

/s/ Mark A. Berthiaume