# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------ x
MASSACHUSETTS MUTUAL LIFE INSURANCE : 
COMPANY, :
        Plaintiff, :
        v. :
   :
GOLDMAN SACHS MORTGAGE COMPANY; :   No. 3:11-cv-30126-MAP
GOLDMAN, SACHS & CO., INC.; AMERICAN HOME :
MORTGAGE SECURITIES LLC; AMERICAN HOME :
MORTGAGE ASSETS LLC; BEAR STEARNS ASSET :
BACKED SECURITIES I LLC; J.P. MORGAN :
SECURITIES LLC; BARCLAYS CAPITAL LLC; UBS :
SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A. :
HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; :
JOSEPH T. JURKOWSKI JR.; MATTHEW E. PERKINS; :
SAMUEL L. MOLINARO, JR.; and THOMAS F. :
MARANO, :
   :
        Defendants. :
------------------------------------------------------------------------ x

**STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**

WHEREAS, on May 5, 2011, plaintiff Massachusetts Mutual Life Insurance Company ("Plaintiff") commenced the above-captioned action by filing a complaint (the "Complaint") in the United States District Court for the District of Massachusetts against, among others, Goldman Sachs Mortgage Company, Goldman, Sachs & Co., Inc., Bear Stearns Asset Backed Securities I LLC, J.P. Morgan Securities LLC, Barclays Capital LLC, UBS Securities

LLC, Joseph T. Jurkowski Jr., Matthew E. Perkins, Samuel L. Molinaro, Jr. and Thomas F. Marano (collectively, "Defendants");

WHEREAS, counsel for Plaintiff and counsel for Defendants conferred and have agreed that Defendants shall have until July 26, 2011 to answer, move or otherwise respond to the Complaint;

WHEREAS, counsel for Plaintiff and counsel for Defendants conferred and have agreed that in the event Defendants move to dismiss the complaint, Plaintiff shall have sixty (60) days from the date Defendants serve such a motion to serve its opposition papers, and Defendants shall have thirty (30) days from the date Plaintiff serves its opposition papers to serve reply papers.

NOW THEREFORE, it is hereby stipulated and agreed, subject to the approval of the Court, by and between Plaintiff and Defendants, through their undersigned counsel, as follows:

1. Defendants shall answer, move, or otherwise respond to the Complaint on or before July 26, 2011.

2. In the event Defendants move to dismiss the complaint, Plaintiff shall have sixty (60) days from the date Defendants serve such a motion to serve its opposition papers, and Defendants shall have thirty (30) days from the date Plaintiff serves its opposition papers to serve reply papers.

3. By entering into this Stipulation, Plaintiff and Defendants do not waive, and expressly preserve, any and all rights and defenses, including but not limited to defenses relating to jurisdiction, venue, arbitration, service of process and statute of limitations that may be available in this action.

Dated: May 27, 2011

| | |
|---|---|
| /s/ Stephen E. Spelman | /s/ Jeffrey L. McCormick |
| Edward J. McDonough, Jr. (BBO 331590) | Jeffrey L. McCormick (BBO 329740) |
| Stephen E. Spelman (BBO 632089) | ROBINSON DONOVAN, P.C. |
| EGAN, FLANAGAN AND COHEN, P.C. | 1500 Main Street #1600 |
| 67 Market Street, P.O. Box 9035 | Springfield, Massachusetts 01115 |
| Springfield, Massachusetts 01102 | jmccormick@Robinson-Donovan.com |
| ejm@efclaw.com | |
| ses@efclaw.com | *Counsel for Defendants Bear Stearns Asset Backed Securities I LLC, J.P. Morgan Securities LLC, Joseph T. Jurkowski, Samuel L. Molinaro, Jr. and Thomas F. Marano* |
| *Of Counsel* | |
| Philippe Z. Selendy | |
| Jennifer J. Barrett | *Of Counsel* |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | Robert H. Baron |
| 51 Madison Avenue, 22nd Floor | Daniel Slifkin |
| New York, New York 10010-1601 | CRAVATH, SWAINE & MOORE LLP |
| | 825 Eighth Avenue |
| *Counsel for Plaintiff Massachusetts Mutual Life Insurance Company* | New York, New York 10019 |
| | (212) 474-1000 |
| | |
| | *Counsel for Defendants Bear Stearns Asset Backed Securities I LLC, J.P. Morgan Securities LLC and Joseph T. Jurkowski* |
| | |
| | *Of Counsel* |
| | Michael J. Chepiga |
| | (mchepiga@stblaw.com) |
| | William T. Russell, Jr. |
| | (wrussell@stblaw.com) |
| | Mark D. Villaverde |
| | (mvillaverde@stblaw.com) |
| | SIMPSON THACHER & BARTLETT LLP |
| | 425 Lexington Avenue |
| | New York, NY 10017 |
| | Tel: (212) 455-2000 |
| | Fax: (212) 455-2502 |
| | |
| | *Counsel for Defendant Samuel L. Molinaro, Jr.* |

*Of Counsel*
Joel C. Haims
JHaims@mofo.com
LaShann M. DeArcy
LDeArcy@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104
Tel:  (212) 468-8000
Fax:  (212) 468-7900

*Counsel for Defendant Thomas F. Marano*

/s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA  02110
Tel:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

*Of Counsel*
Sandra D. Hauser
Patrick E. Fitzmaurice
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800
sandra.hauser@snrdenton.com
patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew B. Perkins*

/s/ Kathy B. Weinman
Kathy B. Weinman (BBO No. 541993)
Azure Abuirmeileh (BBO No. 670325)
COLLORA LLP
600 Atlantic Avenue
Boston, MA 02210
Tel:  (617) 371-1000
Fax:  (617) 371-1037
kweinman@collorallp.com
aabuirmeileh@collorallp.com

*Of Counsel*
Thomas C. Rice (trice@stblaw.com)
Alan Turner (aturner@stblaw.com)
Jason R. Meltzer (jmeltzer@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel:  (212) 455-2000
Fax:  (212) 455-2502

*Counsel for Defendant UBS Securities LLC*

/s/ Gary R. Greenberg
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel:  (617) 310-6000
Fax:  (617)310-6001
greenbergg@gtlaw.com

*Of Counsel*
Joseph J. Frank
Steven J. Fink
Matthew L. Craner
Agnès Dunogué
Orrick Herrington & Sutcliffe LLP
51 W. 52nd Street
New York, NY 10019
Tel:  (212) 506-5000
Fax:  (212) 506-5151

*Counsel for Defendant Barclays Capital LLC*

        /s/ Mark A. Berthiaume
        Mark A. Berthiaume, BBO# 041715
        Zachary C. Kleinsasser, BBO# 664291
        GREENBERG TRAURIG, LLP
        One International Place
        Boston, MA 02110
        Tel:  (617) 310-6000
        Fax:  (617) 310-6001

*Counsel for Defendants Goldman Sachs Mortgage Company and Goldman Sachs & Co., Inc.*

SO ORDERED:

_____
Honorable Michael A. Ponsor, U.S.D.J.

### CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 27th day of May, 2011.

        /s/ Stephen E. Spelman