UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN, SACHS & CO., INC.; AMERICAN HOME MORTGAGE SECURITIES LLC; AMERICAN HOME MORTGAGE ASSETS LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; UBS SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A. HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; JOSEPH T. JURKOWSKI, JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; and THOMAS F. MARANO,<br><br>    Defendants. | Civil Action No. 3:11-cv-30126-MAP |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendant UBS Securities LLC in the above captioned matter.

Respectfully submitted,

  */s/ Azure Abuirmeileh*
Azure Abuirmeileh (BBO No. 670325)
**COLLORA LLP**
600 Atlantic Avenue
Boston, MA  02210
Telephone:  617-371-1000
Fax: 617-371-1037

DATED:    June 15, 2011               aabuirmeileh@collorallp.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on June 15, 2011.

                                                                      /s/ *Azure Abuirmeileh*
                                                                      Azure Abuirmeileh

DATED:       June 15, 2011