UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br>    v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, ET AL.<br><br>        Defendants. | Case No. Case No. 3:11-cv-30126-MAP |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), kindly enter the appearance of Gary R. Greenberg of Greenberg Traurig LLP as counsel for Barclays Capital Inc. in the above-captioned matter.

Respectfully submitted,
BARCLAYS CAPITAL INC.

  /s/ Gary R. Greenberg
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel:  (617) 310-6000
Fax:  (617) 310-6001
greenbergg@gtlaw.com

Of counsel:
Joseph J. Frank
Steven J. Fink
Matthew L. Craner
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Tel: (212) 506-5000
Fax: (212) 506-5151
jfrank@orrick.com
sfink@orrick.com
mcraner@orrick.com

DATED:  June 27, 2011

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants and, pursuant to agreement, upon counsel of record for all defendants by electronic mail on June 27, 2011.

                                                  /s/  Gary R. Greenberg