UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,

Plaintiff,

v.

GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN, SACHS & CO., INC.; AMERICAN HOME MORTGAGE SECURITIES LLC; AMERICAN HOME MORTGAGE ASSETS LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL LLC; UBS SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A.: HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; JOSEPH T. JURKOWSKI JR.; MATTHEW E. PERKINS;: SAMUEL L. MOLINARO, JR.; and THOMAS F. MARANO,

Defendants.

No. 3:11-cv-30126-MAP

## **NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Defendants Michael Strauss and Stephen A. Hozie only in the above-captioned matter.

Dated: July 13, 2011

Respectfully submitted
Defendants, Michael Strauss and Stephen A. Hozie,

By: /s/ *L. Jeffrey Meehan*
L. Jeffrey Meehan
BBO No. 341440
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place
1414 Main Street, Suite 1900
Springfield, MA  01144-1900
Tel: (413) 733-3111
Fax: (413) 734-3910
ljmeehan@dwpm.com

485779.1

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on July 13, 2011 with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by, electronic email, facsimile transmission and/or first class mail on this same day.

                                         ___/s/ *L. Jeffrey Meehan*_____
                                         L. Jeffrey Meehan
                                         Doherty, Wallace, Pillsbury & Murphy, P.C.