# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN, SACHS & CO., INC.; AMERICAN HOME MORTGAGE SECURITIES LLC; AMERICAN HOME MORTGAGE ASSETS LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL LLC; UBS SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A.: HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; JOSEPH T. JURKOWSKI JR.; MATTHEW E. PERKINS;: SAMUEL L. MOLINARO, JR.; and THOMAS F. MARANO,<br><br>Defendants. | **No. 3:11-cv-30126-MAP** |

## **NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Defendants Michael Strauss and Stephen A. Hozie only in the above-captioned matter.

| | |
|---|---|
| Dated: July 13, 2011 | Respectfully submitted<br>Defendants, Michael Strauss and Stephen A. Hozie,<br><br>By: /s/ *Jesse W. Belcher-Timme*<br>Jesse W. Belcher-Timme<br>BBO No. 660343<br>Doherty, Wallace, Pillsbury & Murphy, P.C.<br>One Monarch Place<br>1414 Main Street, Suite 1900<br>Springfield, MA 01144-1900<br>Tel: (413) 733-3111<br>Fax: (413) 734-3910<br>jtimme@dwpm.com |

485780.1

## CERTIFICATE OF SERVICE

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on July 13, 2011 with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by, electronic email, facsimile transmission and/or first class mail on this same day.

            ___/s/ *Jesse W. Belcher-Timme*_____
             Jesse W. Belcher-Timme
             Doherty, Wallace, Pillsbury & Murphy, P.C.

485780.1