# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------------  x
MASSACHUSETTS MUTUAL LIFE INSURANCE          :
COMPANY,                                     :
                        Plaintiff,           :
                                             :
            v.                               :
                                             :
GOLDMAN SACHS MORTGAGE COMPANY;              :    No. 3:11-cv-30126-MAP
GOLDMAN, SACHS & CO., INC.; AMERICAN HOME    :
MORTGAGE SECURITIES LLC; AMERICAN HOME       :
MORTGAGE ASSETS LLC; BEAR STEARNS ASSET      :
BACKED SECURITIES I LLC; J.P. MORGAN         :
SECURITIES LLC; BARCLAYS CAPITAL LLC; UBS    :
SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A.  :
HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN;     :
JOSEPH T. JURKOWSKI JR.; MATTHEW E. PERKINS; :
SAMUEL L. MOLINARO, JR.; and THOMAS F.       :
MARANO,                                      :
                                             :
                                             :
                        Defendants.          :
------------------------------------------------------------------  x
```

## ASSENTED-TO MOTION FOR EXTENSION OF PLAINTIFF'S TIME
## TO RESPOND TO DEFENDANTS' EXPECTED MOTION TO DISMISS AND
## REQUEST FOR EXTENSION OF PAGE LIMITS IN THE PARTIES' PAPERS

Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual) hereby moves for additional time to respond to the defendants' expected motion to dismiss, as stipulated to by the parties, through their undersigned counsel, as set forth below.  Defendants Goldman Sachs Mortgage Company, Goldman, Sachs & Co., Inc., Bear Stearns Asset Backed Securities I LLC, J.P. Morgan Securities LLC, Barclays Capital LLC, UBS Securities LLC, Joseph T. Jurkowski Jr., Matthew E. Perkins, Samuel L. Molinaro, Jr., Thomas F. Marano, Michael Strauss, Alan B. Horn and Stephen A. Hozie (collectively, "Defendants"), through their undersigned counsel, assent to the motion.

On May 5, 2011, MassMutual commenced the above-captioned action by filing a complaint (the "Complaint") in the United States District Court for the District of Massachusetts against Defendants.

On May 27, 2011, MassMutual and Defendants filed assented-to motions extending Defendants' time to answer, move or otherwise respond to the Complaint to July 26, 2011.

Counsel for Plaintiff and counsel for Defendants conferred and have stipulated and agreed, subject to the approval of the Court, as follows:

1.      The Defendants shall answer, move, or otherwise respond to the Complaint on or before July 26, 2011.

2.      In the event Defendants move to dismiss the complaint, Plaintiff shall have eighty-five (85) days from the date Defendants serve such a motion to serve its opposition papers, and Defendants shall have thirty (30) days from the date Plaintiff serves its opposition papers to serve reply papers.

3.      Given the legal and factual issues in the case, the parties ask the Court to extend the page limits in Defendants' motion papers to fifty (50) pages and Plaintiff's opposition papers to sixty (60) pages, and that each Defendant be allowed to file a supplemental brief of up to ten (10) pages.  The parties also ask the Court to extend the page limit for Defendants' reply papers to thirty (30) pages, and that each Defendant be allowed to file a supplemental reply of five (5) pages.

3.      By entering into this stipulation, Plaintiff and Defendants do not waive, and expressly preserve, any and all rights and defenses, including but not limited to defenses

relating to jurisdiction, venue, arbitration, service of process and statute of limitations that may be available in this action.

WHEREFORE, the parties respectfully request that this Court:

1.     Grant the instant motion to enter an Order establishing the schedule stipulated to by the parties, including the extension on page limits, as set forth herein.

2.     Grant such further relief as may be just and proper.

/s/ Stephen E. Spelman
Edward J. McDonough, Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts 01102
ejm@efclaw.com
ses@efclaw.com

*Of Counsel*
Philippe Z. Selendy
Jennifer J. Barrett
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601

*Counsel for Plaintiff Massachusetts Mutual
Life Insurance Company*

/s/ Jeffrey L. McCormick
Jeffrey L. McCormick (BBO 329740)
ROBINSON DONOVAN, P.C.
1500 Main Street #1600
Springfield, Massachusetts 01115
jmccormick@Robinson-Donovan.com

*Counsel for Defendants Bear Stearns Asset
Backed Securities I LLC, J.P. Morgan
Securities LLC, Joseph T. Jurkowski, Samuel
L. Molinaro, Jr. and Thomas F. Marano*

*Of Counsel*
Robert H. Baron
Karin DeMasi
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

*Counsel for Defendants Bear Stearns Asset
Backed Securities I LLC, J.P. Morgan
Securities LLC and Joseph T. Jurkowski*

*Of Counsel*
Michael J. Chepiga
(mchepiga@stblaw.com)
William T. Russell, Jr.
(wrussell@stblaw.com)
Mark D. Villaverde
(mvillaverde@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Defendant Samuel L. Molinaro,
Jr.*

*Of Counsel*
Joel C. Haims
JHaims@mofo.com
LaShann M. DeArcy
LDeArcy@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104
Tel:  (212) 468-8000
Fax:  (212) 468-7900

*Counsel for Defendant Thomas F. Marano*

/s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA  02110
Tel:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

*Of Counsel*
Sandra D. Hauser
Patrick E. Fitzmaurice
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800
sandra.hauser@snrdenton.com
patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew B. Perkins*

/s/ Kathy B. Weinman
Kathy B. Weinman (BBO No. 541993)
Azure Abuirmeileh (BBO No. 670325)
COLLORA LLP
600 Atlantic Avenue
Boston, MA 02210
Tel:  (617) 371-1000
Fax:  (617) 371-1037
kweinman@collorallp.com
aabuirmeileh@collorallp.com

*Of Counsel*
Thomas C. Rice (trice@stblaw.com)
Alan Turner (aturner@stblaw.com)
Jason R. Meltzer (jmeltzer@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel:  (212) 455-2000
Fax:  (212) 455-2502

*Counsel for Defendant UBS Securities LLC*

/s/ Gary R. Greenberg
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel:  (617) 310-6000
Fax:  (617)310-6001
greenbergg@gtlaw.com

*Of Counsel*
Joseph J. Frank
Steven J. Fink
Matthew L. Craner
Agnès Dunogué
Orrick Herrington & Sutcliffe LLP
51 W. 52nd Street
New York, NY 10019
Tel:  (212) 506-5000
Fax:  (212) 506-5151

*Counsel for Defendant Barclays Capital LLC*

/s/ Mark A. Berthiaume
Mark A. Berthiaume, BBO# 041715
Zachary C. Kleinsasser, BBO# 664291
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel:  (617) 310-6000
Fax:  (617) 310-6001

*Counsel for Defendants Goldman Sachs
Mortgage Company and Goldman Sachs &
Co., Inc.*

/s/ L. Jeffrey Meehan
L. Jeffrey Meehan, BBO# 341440
DOHERTY, WALLACE, PILLSBURY
AND MURPHY, P.C.
1414 Main Street, Suite 1900
Springfield, MA 01144-1900
Tel:  (413) 733-3111
Fax:  (413) 734-3910

*Counsel for Defendants Michael Strauss,
Alan B. Horn and Stephen A. Hozie*

*Of Counsel*
Jamie A. Levitt
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Tel:  (212) 468-8203
Fax:  (212) 468-7900

*Counsel for Stephen A. Hozie and Alan B.
Horn*

*Of Counsel*
Paul C. Curnin
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Defendant Michael Strauss*

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 21st day of July, 2011.

Stephen E. Spelman