## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

          Plaintiff,

          v.

GOLDMAN SACHS MORTGAGE
COMPANY, et al.,

          Defendants.

No. 11-CV-30126 (MAP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
### GOLDMAN, SACHS & CO. AND GOLDMAN SACHS MORTGAGE COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, Defendants Goldman, Sachs & Co. and Goldman Sachs Mortgage Company, by their undersigned counsel, certify as follows:

Goldman, Sachs & Co. and Goldman Sachs Mortgage Company are directly or indirectly wholly-owned subsidiaries of The Goldman Sachs Group, Inc. ("GS Group"), which is a corporation organized under the laws of Delaware and whose shares are publicly traded on the New York Stock Exchange. To the best of GS Group's knowledge, no publicly held company owns 10% or more of the common stock of GS Group.

DATED: July 22, 2011

/s/ Mark A. Berthiaume
Mark A. Berthiaume (BBO #041715)
Greenberg Traurig, LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 310-6007
Fax: (617) 310-6001

*Counsel for Defendants Goldman, Sachs & Co. and Goldman Sachs Mortgage Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 22, 2011.

/s/  Mark A. Berthiaume