UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN, SACHS & CO., INC.; AMERICAN HOME MORTGAGE SECURITIES LLC; AMERICAN HOME MORTGAGE ASSETS LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; UBS SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A. HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; JOSEPH T. JURKOWSKI JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; and THOMAS F. MARANO,<br><br>Defendants. | Civil Action No. 3:11-cv-30126-MAP |

**STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel hereby certifies that Barclays Capital Inc. is a wholly-owned indirect subsidiary of Barclays PLC, and that no other publicly held corporation owns 10% or more of Barclays Capital Inc.'s stock.

Dated:  July 22, 2011

Respectfully submitted,

BARCLAYS CAPITAL INC.,

By their attorneys,

/s/ Gary R. Greenberg
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel:  (617) 310-6000
Fax: (617) 310-6001
greenbergg@gtlaw.com

Joseph J. Frank  (*pro hac vice* pending)
Steven J. Fink  (*pro hac vice* pending)
Matthew L. Craner  (*pro hac vice* pending)
Agnès Dunogué  (*pro hac vice* pending)
Paul F. Rugani (*pro hac vice* pending)
Elizabeth S. Hyon (*pro hac vice* pending)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, New York 10019
Tel: (212) 506-5000
Fax: (212) 506-5151

## CERTIFICATE OF SERVICE

I, Gary R. Greenberg, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants, who are attorneys of record for parties not otherwise represented by registered participants, on July 22, 2011.

/s/ Gary R. Greenberg
Gary R. Greenberg