UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN, SACHS & CO., INC.; AMERICAN HOME MORTGAGE SECURITIES LLC; AMERICAN HOME MORTGAGE ASSETS LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; UBS SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A. HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; JOSEPH T. JURKOWSKI, JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; and THOMAS F. MARANO,<br><br>　　　　　Defendants. | Civil Action No. 3:11-cv-30126-MAP |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT UBS SECURITIES LLC**

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant UBS Securities LLC, by its undersigned counsel, states as follows:

　　　　1.　　UBS Securities LLC is jointly owned by UBS AG and UBS Americas, Inc. UBS Americas, Inc., is wholly owned by UBS AG. No publicly-held corporation owns more than 10% of the stock of UBS AG.

Respectfully submitted,

UBS SECURITIES LLC;

By its attorneys:

   */s/ Azure Abuirmeileh*
Kathy B. Weinman (BBO No. 541993)
Azure Abuirmeileh (BBO No. 670325)
**COLLORA LLP**
600 Atlantic Avenue
Boston, MA  02210
Telephone:  617-371-1000
Fax: 617-371-1037
kweinman@collorallp.com
aabuirmeileh@collorallp.com

DATED:     July 22, 2011

## CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on July 22, 2011.

   */s/ Azure Abuirmeileh*
Azure Abuirmeileh

DATED:     July 22, 2011