UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------------- x
MASSACHUSETTS MUTUAL LIFE INSURANCE           :
COMPANY,                                      :
                 Plaintiff,                   :
                                              :
                                              :
           v.                                 :
                                              :
GOLDMAN SACHS MORTGAGE COMPANY;               :    No. 3:11-cv-30126-MAP
GOLDMAN, SACHS & CO., INC.; AMERICAN HOME     :    Oral Argument Requested
MORTGAGE SECURITIES LLC; AMERICAN HOME        :
MORTGAGE ASSETS LLC; BEAR STEARNS ASSET       :
BACKED SECURITIES I LLC; J.P. MORGAN          :
SECURITIES LLC; BARCLAYS CAPITAL INC.; UBS    :
SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A.   :
HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN;      :
JOSEPH T. JURKOWSKI JR.; MATTHEW E. PERKINS;  :
SAMUEL L. MOLINARO, JR.; and THOMAS F.        :
MARANO,                                       :
                                              :
                                              :
                 Defendants.                  :
                                              :
                                              :
                                              :
                                              :
-------------------------------------------------------------------- x
```

**RULE 7.1 NOTICE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants J.P. Morgan Securities LLC and Bear Stearns Asset Backed Securities I LLC certifies as follows:

1. Defendant J.P. Morgan Securities LLC is a wholly owned subsidiary of J.P. Morgan Broker-Dealer Holdings, Inc., which is a wholly owned subsidiary of JPMorgan Chase & Co., which is a publicly traded corporation. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

2. Defendant Bear Stearns Asset Backed Securities I LLC is a wholly owned subsidiary of The Bear Stearns Companies LLC, which is a wholly owned subsidiary of JPMorgan Chase & Co., which is a publicly traded corporation. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

Dated: July 29, 2011
New York, New York

/s/ Robert H. Baron
Robert H. Baron
Karin DeMasi
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
rbaron@cravath.com
kdemasi@cravath.com

*Counsel for Defendants Bear Stearns Asset Backed Securities I LLC and J.P. Morgan Securities LLC*

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 29 of July, 2011.

___/s/ Rober H. Baron_____