UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY, LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI JR.; MATTHEW E, PERKINS; SAMUEL L. MOLINARO; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS,<br><br>　　　　Defendants. | No. 3:11-cv-30094-MAP<br>Oral Argument Requested |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN, SACHS & CO., INC.; AMERICAN HOME MORTGAGE SECURITIES LLC; AMERICAN HOME MORTGAGE ASSETS LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; UBS SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A. HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; JOSEPH T. JURKOWSKI JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; and THOMAS F. | No. 3:11-cv-30126-MAP<br>Oral Argument Requested |

| | |
|---|---|
| MARANO,<br><br>Defendants.<br><br>------------------------------------------------------------------------<br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>             Plaintiff,<br><br>v.<br><br>IMPAC FUNDING CORPORATION, IMPAC SECURED ASSETS CORP.; J.P. MORGAN SECURITIES LLC; RICHARD J. JOHNSON; AND JOSEPH R. TOMKINSON,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   No. 3:11-cv-30127-MAP<br>:   Oral Argument Requested<br>:<br>:<br>:<br>:<br>x |

## DECLARATION OF JESSE M. WEISS, ESQ.

I, Jesse M. Weiss, Esq., make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare as follows:

    1.    I am an associate of the law firm Cravath, Swaine & Moore LLP and have been admitted to this Court *pro hac vice*. I respectfully submit this declaration in support of Defendants' Joint Reply Memorandum of Law In Support of Their Motions to Dismiss the Complaints (the "Joint Reply Brief").

    2.    Attached hereto as **Exhibit 1** is a true and correct copy of the Prospectus Supplement for the Sonus Networks, Inc.'s offering of 20,000,000 Shares of Common Stock, filed September 24, 2003, as well as the accompanying Prospectus for Sonus Networks, Inc.'s offerings of Debt Securities, Warrants, and Common Stock, filed June 25, 2001. A full copy of

the Prospectus Supplement and Prospectus can be located at:

http://sec.gov/Archives/edgar/data/1105472/000104746903031481/a2119222z424b5.htm

3.    Attached hereto as **Exhibit 2** is a true and correct copy of the Prospectus Supplement for Digital Equipment Corporation's offering of 16,000,000 Depository Shares, filed March 22, 1994, as well as the accompanying Prospectus for Digital Equipment Corporation's offerings of Debt Securities, Preferred Stock, Depository Shares, and Warrants to Purchase Securities, filed March 11, 1994. A full copy of the Prospectus Supplement and Prospectus can be located at: http://sec.gov/Archives/edgar/data/28887/0000950135-94-000189.txt

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 18, 2011
      New York, New York

_____
Jesse M. Weiss