**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 18 of November, 2011.

                                                                                          /s/ Jeffrey L. McCormick