# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Massachusetts Mutual Life Insurance Company, | |
| Plaintiff, | Civil Action No. 3:11-cv-30035 |
| v. | |
| Residential Funding Co., LLC (f/k/a Residential Funding Corporation), *et al.*, | |
| Defendants. | |
| Massachusetts Mutual Life Insurance Company, | |
| Plaintiff, | Civil Action No. 3:11-cv-30039 |
| v. | |
| DB Structured Products, Inc., *et al.*, | |
| Defendants. | |
| Massachusetts Mutual Life Insurance Company, | |
| Plaintiff, | Civil Action No. 3:11-cv-30044 |
| v. | |
| RBS Financial Products Inc. (f/k/a Greenwich Capital Financial Products, Inc.), *et al.*, | |
| Defendants. | |
| Massachusetts Mutual Life Insurance Company, | |
| Plaintiff, | Civil Action No. 3:11-cv-30048 |
| v. | |
| Credit Suisse First Boston Mortgage Securities Corp., *et al.*, | |
| Defendants. | |

| | |
|---|---|
| Massachusetts Mutual Life Insurance Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Goldman Sachs Mortgage Company, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No.<br>3:11-cv-30126 |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY TO
THEIR JOINT AND INDIVIDUAL MEMORANDA OF LAW IN
SUPPORT OF THEIR MOTIONS TO DISMISS THE COMPLAINTS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT further to the discussion at the hearing on December 13, 2011 on defendants' motions to dismiss the complaints in the above-captioned actions, the undersigned defendants hereby submit as supplemental authority the Consolidated Amended Complaint For Violation Of §§ 11, 12(a)(2) And 15 Of The Securities Act Of 1933, filed on January 20, 2009, in *Plumbers' Union Local No. 12 Pension Fund v. Nomura Asset Acceptance Corp., et al.*, No. 08-cv-10446-RGS (Dkt. No. 33) (the "Nomura Amended Complaint"), which was the subject of the First Circuit's decision in *Plumbers' Union Local No. 12 Pension Fund v. Nomura Asset Acceptance Corp.*, 632 F.3d 762 (1st Cir. 2011). Defendants respectfully refer the Court to paragraphs 83 through 103 of the Nomura Amended Complaint which contain the specific allegations against loan originator First National Bank of Nevada.

Dated: December 15, 2011
Springfield, Massachusetts

Respectfully submitted,

By:    /s/ Kathy B. Weinman
Kathy B. Weinman (BBO No. 541993)
Azure Abuirmeileh (BBO No. 670325)
COLLORA LLP
600 Atlantic Avenue
Boston, MA 02210
Telephone: 617-371-1000
Fax: 617-371-1037
kweinman@collorallp.com
aabuirmeileh@collorallp.com

Of Counsel:
Thomas C. Rice (trice@stblaw.com) (admitted *pro hac vice*)
David J. Woll (dwoll@stblaw.com) (admitted *pro hac vice*)
Alan Turner (aturner@stblaw.com) (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendants DB Structured Products, Inc.; Deutsche Alt-A Securities, Inc.; ACE Securities Corp.; Deutsche Bank Securities Inc.; Anilesh Ahuja; Jeffrey Lehocky; Michael Commaroto; Joseph Rice; Richard D'Albert; Richard Ferguson; Douglas Johnson; Evelyn Echevarria; Juliana Johnson; RBS Financial Products Inc. (f/k/a Greenwich Capital Financial Products, Inc.); RBS Acceptance Inc. (f/k/a Greenwich Capital Acceptance, Inc.); Financial Asset Securities Corp.; RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.); Joseph N. Walsh III; Robert J. McGinnis; Carol P. Mathis; John C. Anderson; James M. Esposito; UBS Real Estate Securities, Inc.; UBS Securities LLC; Mortgage Asset Securitization Transactions, Inc., David Martin; Per Dyrvik and Peter Slagowitz.*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on December 15, 2011.

                                                /s/ Kathy B. Weinman
                                               Kathy B. Weinman

DATED:      December 15, 2011