UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN, SACHS & CO., INC.; AMERICAN HOME MORTGAGE SECURITIES LLC; AMERICAN HOME MORTGAGE ASSETS LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; UBS SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A. HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; JOSEPH T. JURKOWSKI JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; and THOMAS F. MARANO,<br><br>　　　　Defendants. | No. 3:11-cv-30126-MAP |

**STATUS REPORT PURSUANT TO THE COURT'S FEBRUARY 14, 2012 ORDER**

　　　　Pursuant to the Court's February 14, 2012 Memorandum and Order Regarding Defendants' Motion to Dismiss ("Order"), defendants in the above-captioned action, through their undersigned counsel, submit the following status report identifying the non-underwriter control person defendants against whom MassMutual's claims under section 410(b) of the Massachusetts Uniform Securities Act and the Complaint are dismissed, in whole or in part, as a result of the Court's Order:

## I.     Entity Defendants Against Whom The Complaint Is Dismissed in Its Entirety

**1. Goldman Sachs Mortgage Company ("GSMC"):** As Sponsor for the AHMAT 2006-1 securitization, alleged to control the depositor and, through the depositor, the trust for that securitization. (Complaint ¶ 200.)

**2. Bear Stearns Asset Backed Securities I LLC ("BSABS"):** As Depositor for the AHMIT 2005-4 securitization, alleged to control the trust for that securitization. (Complaint ¶ 203.)

**3. American Home Mortgage Securities LLC ("AHM Securities"):** As Depositor for three of the securitizations, alleged to control the trusts for those securitizations. (Complaint ¶ 202.)

**4. American Home Mortgage Assets LLC ("AHM Assets"):** As Depositor for two of the securitizations, alleged to control the trusts for those securitizations. (Complaint ¶ 201.)

## II.    Individual Defendants Against Whom The Complaint Is Dismissed In Its Entirety

**5. Michael Strauss:** Alleged to control depositors AHM Securities and AHM Assets. (Complaint ¶ 204.)

**6. Stephen A. Hozie:** Alleged to control depositors AHM Securities and AHM Assets. (Complaint ¶ 205.)

**7. Thomas M. McDonagh:** Alleged to control depositors AHM Securities and AHM Assets. (Complaint ¶ 206.)

**8. Alan B. Horn:** Alleged to control depositors AHM Securities and AHM Assets. (Complaint ¶ 207.)

**9. Matthew E. Perkins:** Alleged to control depositor BSABS. (Complaint ¶ 209.)

### III. Individual Defendants Against Whom The Complaint is Dismissed In Part[1]

**1. Thomas F. Marano:** Alleged to control underwriter Bear, Stearns & Co. Inc. ("BSC") and depositor BSABS. (Complaint ¶ 211.) Section 410(b) claims against Thomas F. Marano arising from his alleged control of depositor BSABS are dismissed.

**2. Joseph T. Jurkowski, Jr.:** Alleged to control underwriter BSC and depositor BSABS. (Complaint ¶ 208.) Section 410(b) claims against Joseph T. Jurkowski arising from his alleged control of depositor BSABS are dismissed.

**3. Samuel L. Molinaro, Jr.:** Alleged to control underwriter BSC and depositor BSABS. (Complaint ¶ 210.) Section 410(b) claims against Samuel L. Molinaro, Jr. arising from his alleged control of depositor BSABS are dismissed.

Dated:  February 28, 2012
         Springfield, Massachusetts

    /s/ Jeffrey L. McCormick
Jeffrey L. McCormick (BBO 329740)
ROBINSON DONOVAN, P.C.
1500 Main Street #1600
Springfield, MA 01115
jmccormick@Robinson-Donovan.com

*Counsel for Defendants Bear Stearns Asset Backed Securities I LLC, J.P. Morgan Securities LLC, Joseph T. Jurkowski, Samuel L. Molinaro, Jr. and Thomas F. Marano*

---

[1] The Individual Defendants listed in this Section are alleged to be control persons of both Underwriter Defendants and non-underwriter Defendants. To the extent that claims are asserted against these individuals in their capacity as alleged control persons of non-underwriter Defendants, those claims are dismissed.

4

*Of Counsel*
Robert H. Baron
Karin DeMasi
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Counsel for Defendants Bear Stearns Asset Backed Securities I LLC, J.P. Morgan Securities LLC and Joseph T. Jurkowski*

/s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA  02110
Tel:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

*Of Counsel*
Sandra D. Hauser
Patrick E. Fitzmaurice
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800
sandra.hauser@snrdenton.com
patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew E. Perkins*

/s/ Mark A. Berthiaume
Mark A. Berthiaume, BBO# 041715
Zachary C. Kleinsasser, BBO# 664291
GREENBERG TAURIG, LLP
One International Place
Boston, MA 02110
Tel:  (617) 310-6000
Fax:  (617) 310-6001

*Of Counsel*
Richard H. Klapper
Theodore Edelman
Stephanie G. Wheeler
Jordan T. Razza
Lara J. Loyd
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
Tel.:  (212) 558-4000
Fax:  (212) 558-3588

*Counsel for Defendants Goldman Sachs Mortgage Company and Goldman, Sachs & Co.*

*Of Counsel*
Pamela Chepiga
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 765-1125

*Counsel for Defendant Samuel L. Molinaro, Jr.*

*Of Counsel*
Joel C. Haims
JHaims@mofo.com
LaShann M. DeArcy
LDeArcy@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104
Tel:  (212) 468-8000
Fax:  (212) 468-7900

*Counsel for Defendant Thomas F. Marano*

/s/ L. Jeffrey Meehan
L. Jeffrey Meehan, BBO# 341440
DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.
1414 Main Street, Suite 1900
Springfield, MA 01144-1900
Tel:  (413) 733-3111
Fax:  (413) 734-3910

*Counsel for Defendants Michael Strauss, Alan B. Horn and Stephen A. Hozie*

*Of Counsel*
Jamie A. Levitt
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Tel:  (212) 468-8203
Fax:  (212) 468-7900

*Counsel for Stephen A. Hozie and Alan B. Horn*

*Of Counsel*
Paul C. Curnin
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Defendant Michael Strauss*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 28th day of February, 2012.

/s/ Jeffrey L. McCormick