**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>    Plaintiff,<br><br>    v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN, SACHS & CO., INC.; AMERICAN HOME MORTGAGE SECURITIES LLC; AMERICAN HOME MORTGAGE ASSETS LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; UBS SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A. HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; JOSEPH T. JURKOWSKI JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; and THOMAS F. MARANO,<br><br>    Defendants. | No. 3:11-cv-30126-MAP |

**ASSENTED-TO MOTION FOR EXTENSION OF
DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**

  Defendants Goldman, Sachs & Co., J.P. Morgan Securities LLC, Barclays Capital LLC, UBS Securities LLC, Joseph T. Jurkowski Jr., Samuel L. Molinaro, Jr., and Thomas F. Marano ("Defendants"), hereby move for an extension of their time to answer the complaint filed by Plaintiff Massachusetts Mutual Life Insurance Company ("Plaintiff") in the above-captioned action (the "Action"), as stipulated to by the parties, through their undersigned counsel, as set forth below. Plaintiff, through its undersigned counsel, assents to the motion.

On May 5, 2011, Plaintiff commenced the above-captioned action by filing a complaint ("Complaint") in the United States District Court for the District of Massachusetts against Defendants.

By Memorandum and Order entered on February 14, 2012, the Court granted in part and denied in part Defendants' motions to dismiss the Complaint and directed Defendants, as applicable, to serve and file answers within twenty (20) days of the Court's Order.

Counsel for Plaintiff and counsel for Defendants conferred and have stipulated and agreed, subject to the approval of the Court, as follows:

1. The Defendants shall answer the Complaint on or before March 20, 2012.

2. By entering into this stipulation, Plaintiff and Defendants do not waive, and expressly preserve, any and all rights and defenses, including but not limited to the right to replead or amend the allegations in support of any claims or assert any defenses relating to jurisdiction, venue, arbitration, service of process and statute of limitations or any counter-claims that may be available in this Action.

WHEREFORE, the parties respectfully request that this Court:

1. Grant the instant motion to enter an Order per the terms stipulated to by the parties, as set forth herein.

2. Grant such further relief as may be just and proper.

February 29, 2012

Respectfully submitted,

| | |
|---|---|
| /s/ Edward J. McDonough, Jr. | /s/ Jeffery L. McCormick |
| Edward J. McDonough, Jr. (BBO 331590) | Jeffrey L. McCormick (BBO 329740) |
| Stephen E. Spelman (BBO 632089) | ROBINSON DONOVAN, P.C. |
| EGAN, FLANAGAN AND COHEN, P.C. | 1500 Main Street #1600 |
| 67 Market Street, P.O. Box 9035 | Springfield, Massachusetts 01115 |
| Springfield, Massachusetts 01102 | jmccormick@Robinson-Donovan.com |
| ejm@efclaw.com | |
| ses@efclaw.com | *Counsel for Defendants J.P. Morgan Securities LLC, Joseph T. Jurkowski, Thomas F. Marano, and Samuel L. Molinaro, Jr.* |
| *Of Counsel* | |
| Philippe Z. Selendy | *Of Counsel* |
| Jennifer J. Barrett | Robert H. Baron |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | Karin DeMasi |
| 51 Madison Avenue, 22nd Floor | CRAVATH, SWAINE & MOORE LLP |
| New York, New York 10010-1601 | 825 Eighth Avenue |
| | New York, New York 10019 |
| *Counsel for Plaintiff Massachusetts Mutual Life Insurance Company* | (212) 474-1000 |
| | *Counsel for Defendants J.P. Morgan Securities LLC and Joseph T. Jurkowski* |

/s/ Gary R. Greenberg
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617)310-6001
greenbergg@gtlaw.com

*Of Counsel*
Joseph J. Frank
Steven J. Fink
Matthew L. Craner
Zeno Baucus
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, NY 10019
Tel: (212) 506-5000
Fax: (212) 506-5151

*Counsel for Defendant Barclays Capital LLC*

s/ Mark A. Berthiaume
Mark A. Berthiaume, BBO# 041715
Zachary C. Kleinsasser, BBO# 664291
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

*Of Counsel*
Richard H. Klapper
Theodore Edelman
Stephanie G. Wheeler
Jordan T. Razza
Lara J. Loyd
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel.: (212) 558-4000
Fax: (212) 558-3588

*Counsel for Defendant Goldman, Sachs & Co.*

*Of Counsel*
Joel C. Haims
JHaims@mofo.com
LaShann M. DeArcy
LDeArcy@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 468-8000
Fax: (212) 468-7900

*Counsel for Defendant Thomas F. Marano*
*Of Counsel*

Pamela Chepiga
Allie Cheatham
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 765-1125

*Counsel for Defendant Samuel L. Molinaro, Jr.*

/s/ Kathy B. Weinman
Kathy B. Weinman (BBO No. 541993)
Azure Abuirmeileh (BBO No. 670325)
COLLORA LLP
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 371-1000
Fax: (617) 371-1037
kweinman@collorallp.com
aabuirmeileh@collorallp.com

*Of Counsel*
Thomas C. Rice (trice@stblaw.com)
Alan Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Defendant UBS Securities LLC*

**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 29th day of February, 2012.

                                                  _____Jeffrey L. McCormick_____