IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN, SACHS & CO., INC.; AMERICAN HOME MORTGAGE SECURITIES LLC; AMERICAN HOME MORTGAGE ASSETS LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; UBS SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A. HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; JOSEPH T. JURKOWSKI, JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; and THOMAS F. MARANO,<br><br>Defendants. | Civil Action No. 3:11-30126-MAP |

**MASSMUTUAL'S RESPONSE TO DEFENDANTS' STATUS REPORT
PURSUANT TO THE COURT'S FEBRUARY 14, 2012 ORDER
AND REQUEST THAT THE COURT REFRAIN FROM DISMISSING INDIVIDUAL
DEFENDANT PERKINS, WHO IS ALLEGED TO BE A CONTROL PERSON
OF AN UNDERWRITER DEFENDANT**

Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") hereby submits this brief response to the status report submitted by Defendants on February 28, 2012. MassMutual disagrees with Defendants' proposed dismissal of individual Defendant Matthew E. Perkins for the reasons set forth below.

1

In its February 14, 2012 Order, the Court held that it would dismiss MassMutual's control person claims under Section 410(b) against any individual Defendant "whose control person liability stems from primary violations by the non-underwriter Defendants." Order at 53. In their status report, Defendants identify Mr. Perkins, in addition to four other individual Defendants, as individual Defendants who should be dismissed, leaving Thomas F. Marano, Joseph T. Jurkowski, Jr., and Samuel L. Molinaro, Jr. as the individual Defendants remaining in the action. *See* Status Report at 2-3.

Mr. Perkins should not be dismissed from the action because his control person liability does not stem exclusively "from primary violations by the non-underwriter Defendants." Defendants' status report overlooks paragraph 27 of the Complaint, which alleges, among other things, that Mr. Perkins "was, at all relevant times, the co-head of the Asset-Backed Securities Group at Bear Stearns," an Underwriter that is alleged to have committed primary violations of Section 410(a) of the Massachusetts Uniform Securities Act. *See* Compl. ¶¶ 19, 27, 194.[1] As with Defendants Jurkowski and Marano, Mr. Perkins's senior executive management position at an Underwriter subjects him to control person liability under Section 410(b). *See* Order at 8-9; Mass. Gen. Laws ch. 110A, § 410(b) (imposing liability on every "partner, officer, or director" of a primary violator, "every person occupying a similar status or performing similar functions," or every person who otherwise controls a primary violator).

Defendants urge the dismissal of Mr. Perkins by focusing exclusively on paragraph 209 of the Complaint, which states that Mr. Perkins, as co-head of Bear Stearns's Asset Backed Securities Group, controlled its securitizations, but does not assert explicitly that Mr. Perkins controlled Bear Stearns. *See* Status Report at 2; Compl. ¶ 209. Such an explicit statement is

---

[1] Defendant J.P. Morgan Securities LLC is the successor-in-interest to Bear Stearns. Compl. ¶¶ 18-19.

unnecessary, however, when the facts showing control person liability have been alleged. *See* Compl. ¶¶ 19, 27, 194, 209, 240. If the Court nevertheless requires an explicit statement that, as co-head of its Asset Backed Securities Group, Mr. Perkins controlled Bear Stearns, MassMutual will file a Motion for Leave to Amend paragraph 209 to include that explicit allegation.

Based on the foregoing, MassMutual respectfully requests that the Court refrain from dismissing the Section 410(b) claim against Mr. Perkins.

DATED: March 1, 2012			EGAN, FLANAGAN AND COHEN, P.C.

By: /s/ Edward J. McDonough Jr.
Edward J. McDonough Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
Egan, Flanagan and Cohen, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts 01102
Telephone: (413) 737-0260
Fax: (413) 737-0121
ejm@efclaw.com; ses@efclaw.com

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

Mark Roellig (BBO 669117)
Executive Vice President and General Counsel
Bernadette Harrigan (BBO 635103)
Assistant Vice President & Counsel
Eleanor P. Williams (BBO 667201)
Assistant Vice President & Counsel
Massachusetts Mutual Life Insurance Company
1295 State Street
Springfield, Massachusetts 01111
Telephone: (413) 788-8411
Fax: (413) 226-4268
bharrigan@massmutual.com;
ewilliams@massmutual.com

Of counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Philippe Z. Selendy
Jennifer J. Barrett
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Fax (212) 849-7100

A. William Urquhart
Harry A. Olivar, Jr.
Molly Stephens
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants and the proposed new defendants on this 1st day of March, 2012.

                                        /s/ Edward J. McDonough Jr.
                                        _____
                                        Edward J. McDonough Jr.