# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

                    Plaintiff,               No: 3:11-CV-30126-MAP

                 v.

GOLDMAN SACHS MORTGAGE
COMPANY, GOLDMAN SACHS & Co.,
INC., AMERICAN HOME MORTGAGE
ASSETS LLC, BEAR STEARNS ASSET
BACKED SECURITIES I LLC, J.P.
MORGAN SECURITIES LLC, BARCLAYS
CAPITAL INC., UBS SECURITIES LLC,
MICHAEL STRAUSS, STEPHEN A. HOZIE,
THOMAS M. MCDONAGH, ALAN B.
HORN, JOSEPH T. JURKOWSKI, JR.,
MATTHEW E. PERKINS, SAMUEL
MOLINARO, JR. and THOMAS MARANO,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Kindly enter the appearance in the above-entitled action of Philip A. O'Connell, Jr. as counsel for defendant Matthew E. Perkins.

Dated: March 9, 2012                  SNR DENTON US LLP

                                                    /s/ Philip A. O'Connell, Jr.
                                                    Philip A. O'Connell, Jr. (BBO# 649343)
                                                    SNR DENTON US LLP
                                                    101 Federal Street, Suite 2750
                                                    Boston, MA 02110
                                                    Tel:  (617) 235-6802
                                                    Fax:  (617) 235-6899
                                                    philip.oconnelljr@snrdenton.com

                                                    *Counsel for Defendant Matthew E. Perkins*

-2-

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic on March 9, 2012.

                                                        /s/ Philip A. O'Connell, Jr.