IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN, SACHS & CO., INC.; AMERICAN HOME MORTGAGE SECURITIES LLC; AMERICAN HOME MORTGAGE ASSETS LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; UBS SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A. HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; JOSEPH T. JURKOWSKI, JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; and THOMAS F. MARANO,<br><br>　　　　　Defendants. | Civil Action No. 3:11-cv-30126-MAP |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME
FOR MASSMUTUAL TO MOVE TO STRIKE CERTAIN DEFENSES
ASSERTED IN DEFENDANTS' ANSWERS, AND
<u>EXTENSION OF TIME FOR DEFENDANTS TO AMEND THEIR ANSWERS</u>**

Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") hereby moves for an extension of its time to move to strike certain defenses asserted in the answers (the "Answers") filed in the above-captioned action (the "Action"), as stipulated to by the parties, through their undersigned counsel, as set forth below.  Defendants Goldman, Sachs & Co.; J.P. Morgan Securities LLC; Barclays Capital Inc.; UBS Securities LLC; Joseph T. Jurkowski, Jr.; Samuel L. Molinaro, Jr.; and Thomas F. Marano (collectively, "Defendants"), through their undersigned counsel, assent to the motion.

MassMutual commenced the above-captioned action by filing a complaint (the "Complaint") in the United States District Court for the District of Massachusetts against Defendants and others.  On March 20, 2012, Defendants filed their Answers to the Complaint.

MassMutual intends to file a motion to strike certain defenses asserted in the Answers, which is due on or before April 13, 2012 pursuant to Federal Rules of Civil Procedure 6(d) and 12(f).

To allow MassMutual and Defendants sufficient time to meet and confer in an attempt to narrow the defenses that will be the subject of the motion to strike, MassMutual and Defendants have conferred and stipulate and agree, subject to the approval of the Court, as follows:

1.    The time for MassMutual to file a motion to strike certain defenses asserted in the Answers shall be extended up to and including April 27, 2012.

2.    In addition, the time for Defendants to amend their Answers shall be extended up to and including April 25, 2012.  If an amended answer is filed, the time for MassMutual to file any motion to strike shall be further extended up to and including May 9, 2012.  MassMutual and Defendants agree that if an amended answer is filed, MassMutual need not conduct an additional meet and confer prior to filing any motion to strike.

3. Any motion by MassMutual to strike defenses in the Answers or any amended answers shall be briefed according to the following schedule (in addition to the deadlines set forth above for the filing of MassMutual's motion to strike):

    a) Defendants' opposition(s) due 28 days after filing of the motion to strike;

    b) MassMutual shall be afforded the right to a reply brief, which shall be due 14 days after filing of Defendants' opposition(s).

WHEREFORE, the parties respectfully request that this Court:

1. Grant the instant motion to enter an Order per the terms stipulated to by the parties, as set forth herein.

2. Grant such further relief as may be just and proper.

DATED:  April 13, 2012        Respectfully submitted,

EGAN, FLANAGAN AND COHEN, P.C.

/s Edward J. McDonough, Jr.
Edward J. McDonough, Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
67 Market Street, P.O. Box 9035
Springfield, Massachusetts 01102
ejm@efclaw.com; ses@efclaw.com

*Of Counsel*
Philippe Z. Selendy
Jennifer J. Barrett
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601

*Counsel for Plaintiff Massachusetts Mutual Life Insurance Company*

ROBINSON DONOVAN, P.C.

/s Jeffrey L. McCormick_____
Jeffrey L. McCormick (BBO 329740)
1500 Main Street #1600
Springfield, Massachusetts 01115
(413) 732-2301
jmccormick@Robinson-Donovan.com

*Of Counsel*
Robert H. Baron
Karin A. DeMasi
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

*Attorneys for J.P. Morgan Securities LLC and Joseph T. Jurkowski, Jr.*

GREENBERG TRAURIG, LLP

/s Mark A. Berthiaume_____
Mark A. Berthiaume (BBO 041715)
Zachary C. Kleinsasser (BBO 664291)
One International Place
Boston, Massachusetts 02110
(617) 310-6293
Fax (617) 310-6001
berthiaumem@gtlaw.com;
kleinsasserz@gtlaw.com

*Of Counsel*
Richard H. Klapper
Theodore Edelman
Stephanie G. Wheeler
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000
Fax (212) 558-3588
klapperr@sullcrom.com;
edelmant@sullcrom.com;
wheelers@sullcrom.com

*Attorneys for Goldman, Sachs & Co.*

*Of Counsel*
Joel C. Haims
JHaims@mofo.com
LaShann M. DeArcy
LDeArcy@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 468-8000
Fax: (212) 468-7900

*Attorneys for Thomas F. Marano*

*Of Counsel*
Pamela Chepiga
Allie Cheatham
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 765-1125

*Counsel for Defendant Samuel L. Molinaro, Jr.*

3

| | |
|---|---|
| COLLORA LLP | GREENBERG TRAURIG, LLP |
| /s Kathy B. Weinman_____ | /s Gary R. Greenberg_____ |
| Kathy B. Weinman (BBO 541993) | Gary R. Greenberg (BBO 209420) |
| Azure Abuirmeileh (BBO 670325) | One International Place |
| 600 Atlantic Avenue | Boston, Massachusetts 02110 |
| Boston, Massachusetts 02210 | (617) 310-6000 |
| Telephone: (617) 371-1000 | Fax (617) 310-6001 |
| Facsimile: (617) 371-1037 | greenbergg@gtlaw.com |
| kweinman@collorallp.com | |
| aabuirmeileh@collorallp.com | *Of Counsel* |
| | Joseph J. Frank |
| *Of Counsel* | Steven J. Fink |
| Thomas C. Rice (trice@stblaw.com) | Matthew L. Craner |
| David J. Woll (dwoll@stblaw.com) | Zeno B. Baucus |
| Alan Turner (aturner@stblaw.com) | ORRICK HERRINGTON & SUTCLIFFE LLP |
| SIMPSON THACHER & BARTLETT LLP | 51 West 52nd Street |
| 425 Lexington Avenue | New York, New York 10019 |
| New York, New York 10017 | (212) 506-5000 |
| Telephone: (212) 455-2000 | Fax (212) 506-5151 |
| Facsimile: (212) 455-2502 | |
| *Attorneys for UBS Securities LLC* | *Attorneys for Barclays Capital Inc.* |

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants and the proposed new defendants on this 13th day of April, 2012.

      /s Edward J. McDonough, Jr.
      Edward J. McDonough Jr.