UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, *et al.*,<br><br>    Defendants. | No. 3:11-cv-30126-MAP |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF YAVAR BATHAEE

Please take notice that Yavar Bathaee hereby withdraws his appearance of record on behalf of Defendant Goldman, Sachs & Co. ("Goldman Sachs"). Goldman Sachs continues to be represented by counsel of record from Greenberg Traurig, LLP, One International Place, Boston, MA and Sullivan & Cromwell LLP, 125 Broad Street, New York, NY.

        Respectfully Submitted,

        /s/ Yavar Bathaee
        Yavar Bathaee
        BathaeeY@sullcrom.com
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, NY 10004-2498
        Tel: (212) 558-4000
        Fax: (212) 291-9395

        *Counsel for Defendant Goldman, Sachs & Co.*

Dated: July 11, 2012

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 11, 2012.

                                         /s/ Yavar Bathaee