**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN, SACHS & CO., INC.; AMERICAN HOME MORTGAGE SECURITIES LLC; AMERICAN HOME MORTGAGE ASSETS LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; UBS SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A. HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; JOSEPH T. JURKOWSKI, JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; and THOMAS F. MARANO,<br><br>        Defendant. | Civil Action No. 3:11-cv-30126-MAP |

**JOINT REQUEST FOR SCHEDULING CONFERENCE**

Plaintiff Massachusetts Mutual Life Insurance Company and Defendants Goldman, Sachs & Co., J.P. Morgan Securities LLC, Barclays Capital Inc., UBS Securities LLC, Joseph T. Jurkowski, Jr., Samuel L. Molinaro, Jr., Thomas F. Marano, and Matthew E. Perkins jointly respectfully request that the Court set a scheduling conference in this action. All Defendants have answered as of April 25, 2012.

DATED:  October 3, 2012            Respectfully submitted,

                                              /s/ Edward J. McDonough Jr.
Edward J. McDonough Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts  01102
Telephone:  (413) 737-0260
Fax:  (413) 737-0121
ejm@efclaw.com;
ses@efclaw.com

Of counsel:
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Fax (212) 849-7100

A. William Urquhart (admitted *pro hac*)
Harry A. Olivar, Jr. (admitted *pro hac*)
Molly Stephens (admitted *pro hac*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

*Counsel for Plaintiff Massachusetts Mutual Life Insurance Company*

      /s/  Jeffrey L. McCormick
Jeffrey L. McCormick (BBO 329740)
ROBINSON DONOVAN, P.C.
1500 Main Street #1600
Springfield, Massachusetts 01115
(413) 732-2301
jmccormick@Robinson-Donovan.com

Of counsel:
Robert H. Baron
Karin A. DeMasi
J. Wesley Earnhardt
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

*Counsel for J.P. Morgan Securities LLC and Joseph T. Jurkowski, Jr.*

      /s/ Mark A. Berthiaume
Mark A. Berthiaume (BBO 041715)
Zachary C. Kleinsasser (BBO 664291)
GREENBERG TAURIG, LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
berthiaumem@gtlaw.com;
kleinsasserz@gtlaw.com

Of counsel:
Richard H. Klapper
Theodore Edelman
Stephanie G. Wheeler
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000
Fax (212) 558-3588
klapperr@sullcrom.com
edelmant@sullcrom.com
wheelers@sullcrom.com

*Counsel for Goldman, Sachs & Co.*

2

Of counsel:
Joel C. Haims
JHaims@mofo.com
LaShann M. DeArcy
LDeArcy@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Tel:  (212) 468-8000
Fax:  (212) 468-7900

*Counsel for Thomas F. Marano*

Of counsel:
Pamela Chepiga
Allie Cheatham
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 765-1125

*Counsel for Samuel L. Molinaro, Jr.*

         /s/  Kathy B. Weinman          
Kathy B. Weinman (BBO No. 541993)
Azure Abuirmeileh (BBO No. 670325)
COLLORA LLP
600 Atlantic Avenue
Boston, Massachusetts 02210
Telephone: 617-371-1000
Facsimile: 617-371-1037
kweinman@collorallp.com
aabuirmeileh@collorallp.com

Of counsel:
Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: 212-455-2000
Facsimile: 212-455-2502

*Counsel for UBS Securities LLC*

3

     /s/  Gary R. Greenberg
Gary R. Greenberg (BBO 209420)
GREENBERG TAURIG, LLP
One International Place
Boston, Massachusetts 02110
(617) 310-6000
Fax (617) 310-6001
greenbergg@gtlaw.com

Of counsel:
Joseph J. Frank
Steven J. Fink
Matthew L. Craner
Zeno B. Baucus
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
(212) 506-5000
Fax (212) 506-5151

*Counsel for Barclays Capital Inc.*

     /s/  Philip A. O'Connell, Jr.
Philip A O'Connell, Jr. (BBO 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, Massachusetts 02110
Tel:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

Of counsel:
Sandra D. Hauser (admitted *pro hac vice*)
Patrick E. Fitzmaurice (admitted *pro hac vice*)
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6880
sandra.hauser@snrdenton.com
patrick.fitzmaurice@snrdenton.com

*Counsel for Matthew E. Perkins*

5

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 3rd day of October, 2012.

                         */s/ Edward J. McDonough Jr.*
                         _____
                            Edward J. McDonough Jr.