UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                           Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN, SACHS & CO., INC.; AMERICAN HOME MORTGAGE SECURITIES LLC; AMERICAN HOME MORTGAGE ASSETS LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; UBS SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A. HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; JOSEPH T. JURKOWSKI, JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; and THOMAS F. MARANO,<br><br>                           Defendants. | Civil Action No: 11-CV-30126-MAP |

## LOCAL RULE 16.1(D)(3) CERTIFICATE

The undersigned hereby certify that Barclays Capital Inc. and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course (and various alternative courses) of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Rule 16.4 of the Local Rules of this Court.

| | |
|---|---|
| BARCLAYS CAPITAL INC. | BARCLAYS CAPITAL INC. |
| By its attorneys, | By: |
| /s/ Gary R. Greenberg | /s/ Timothy Magee |
| Gary R. Greenberg (BBO #209420) | Timothy Magee |
| GREENBERG TRAURIG, LLP | Vice President of Legal |
| One International Place | BARCLAYS |
| Boston, MA 02110 | 745 Seventh Avenue |
| Tel: (617) 310-6000 | New York, NY 10019 |
| Fax: (617) 310-6001 | Tel: (212) 526-3877 |
| greenbergg@gtlaw.com | |

*Of Counsel*
Joseph J. Frank
Steven J. Fink
Matthew L. Craner
Charles J. Ha
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, NY 10019
Tel: (212) 506-5000
Fax: (212) 506-5151
jfrank@orrick.com
sfink@orrick.com
mcraner@orrick.com
charlesha@orrick.com

Dated: November 29, 2012

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 29, 2012.

      /s/ Gary R. Greenberg