# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br><br>Defendants. | Civil Action No. 3:11-30048-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, et al.,<br><br>Defendants. | Civil Action No. 3:11-30126-MAP |

## **DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)**

Pursuant to Rule 16.1(d)(3) of the Rules of this Court, undersigned counsel hereby certifies that Defendant UBS Securities LLC and counsel of record from Simpson Thacher & Bartlett LLP conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: November 29, 2012                    Respectfully submitted,

                                                                */s/*   Azure Abuirmeileh
                                          Kathy B. Weinman (BBO #541993)
Azure Abuirmeileh (BBO #670325)
COLLORA LLP
100 High Street
Boston, Massachusetts 02110
Telephone: (617) 371-1000
Facsimile: (617) 371-1037
kweinman@collorallp.com
aabuirmeileh@collorallp.com

Of Counsel:

Thomas C. Rice
David J. Woll
Alan Turner
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
trice@stblaw.com
dwoll@stblaw.com
aturner@stblaw.com

_____
*on behalf of* David Gooley   11/29/12
UBS SECURITIES LLC
299 Park Avenue
New York, New York 10171
Telephone: (212) 916-2000

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 29, 2012.

Dated: November 29, 2012

                                                                       */s/* Azure Abuirmeileh
                                                                           Azure Abuirmeileh