UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, et al.,<br><br>Defendants. | Civil Action No. 3:11-30126-MAP |

## **LOCAL RULE 16.1(D)(3) CERTIFICATE**

The undersigned hereby certify that Defendant Goldman, Sachs & Co. and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course (and various alternative courses) of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Rule 16.4 of the Local Rules of this Court.

| GOLDMAN, SACHS & CO., | GOLDMAN, SACHS & CO. |
|---|---|
| By its counsel, | By: |
| /s/ Zachary C. Kleinsasser | |
| Mark A. Berthiaume, BBO #041715 | Richard J.L. Lomuscio |
| berthiaumem@gtlaw.com | Vice President, Associate General Counsel, |
| Zachary C. Kleinsasser, BBO# 664291 | Goldman, Sachs & Co. |
| kleinsasserz@gtlaw.com | |
| GREENBERG TRAURIG, LLP | |
| One International Place | |
| Boston, Massachusetts 02110 | |
| Tel: (617) 310-6000 | |
| Fax: (617) 310-6001 | |

*Of counsel*

Richard H. Klapper
Theodore Edelman
David M.J. Rein
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588

Dated: November 28, 2012

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 29, 2012.

/s/ Zachary C. Kleinsasser