UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN SACHS & CO., INC.; AMERICAN HOME MORTGAGE SECURITIES LLC; AMERICAN HOME MORTGAGE ASSETS LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; UBS SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A. HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; JOSEPH T. JURKOWSKI JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; and THOMAS F. MARANO,<br><br>Defendants. | No. 3:11-cv-30126 (MAP) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANTS J.P. MORGAN SECURITIES LLC AND JOSEPH T. JURKOWSKI

Pursuant to Rule 16.1(d)(3) of the Local Rules of the United States District Court for the District of Massachusetts, undersigned counsel hereby certifies that Defendants J.P. Morgan Securities LLC and Joseph T. Jurkowski, and counsel of record from Cravath, Swaine & Moore LLP conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated:  November 29, 2012

Respectfully submitted,

DEFENDANTS J.P. MORGAN SECURITIES LLC
AND JOSEPH T. JURKOWSKI

By  */s/ Jeffrey L. McCormick*
    Jeffrey L. McCormick, Esq., BBO #329740
      jmccormick@robinsondonovan.com
    Direct Fax (413) 452-0327
    Robinson Donovan, P.C.
    1500 Main Street, Suite 1600
    Springfield, Massachusetts 01115
    Phone (413) 732-2301  Fax (413) 785-4658

Of Counsel:

Robert H. Baron (rbaron@cravath.com)
Karin A. DeMasi (kdemasi@cravath.com)
J. Wesley Earnhardt (wearnhardt@cravath.com)
    Cravath, Swaine & Moore LLP
    825 Eighth Avenue
    New York, New York 10019
    Phone (212) 474-1000 Fax (212) 474-3700

By _____
    Alla Lerner
    Executive Director, Assistant General Counsel
    JPMorgan Chase
    1 Chase Manhattan Plaza, 26th Floor
    New York, New York 10005-1401

*Authorized Representative for J.P. Morgan Securities LLC and Joseph T. Jurkowski*

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated on non-registered participants on this 29th day of November, 2012.

               */s/ Jeffrey L. McCormick*
                Jeffrey L. McCormick, Esq.