UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN, SACHS & CO., INC.; AMERICAN HOME MORTGAGE SECURITIES LLC; AMERICAN HOME MORTGAGE ASSETS LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; UBS SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A. HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; JOSEPH T. JURKOWSKI, JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; and THOMAS F. MARANO, <br><br> Defendants. | Civil Action No: 11-CV-30126-MAP |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ZENO B. BAUCUS

Please take notice that Zeno B. Baucus hereby withdraws his appearance of record on behalf of Defendant Barclays Capital Inc. ("Barclays"). Barclays continues to be represented by counsel of record from Greenberg Traurig, LLP, One International Place, Boston, MA 02110 and Orrick Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, NY 10019-6142.

/s/ Zeno B. Baucus
Zeno B. Baucus
Orrick Herrington & Sutcliffe LLP
51 W. 52nd Street
New York, NY 10019
Tel: (212) 506-5000
Dated: December 3, 2012                         Fax: (212) 506-5151

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on December 3, 2012.


/s/ Zeno B. Baucus