# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>RESIDENTIAL FUNDING COMPANY, LLC (F/K/A RESIDENTIAL FUNDING CORPORATION), et al.,<br><br>            Defendants. | Civil Action No. 3:11-30035-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>DB STRUCTURED PRODUCTS, INC., et al.,<br><br>            Defendants. | Civil Action No. 3:11-30039-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), et al.,<br><br>            Defendants. | Civil Action No. 3:11-30044-MAP |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>DLJ MORTGAGE CAPITAL, INC., et al.,<br><br>        Defendants. | Civil Action No. 3:11-30047-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br><br>        Defendants. | Civil Action No. 3:11-30048-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>        Defendants. | Civil Action No. 3:11-30094-MAP |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 3:11-30126-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>IMPAC FUNDING CORPORATION, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 3:11-30127-MAP |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 3:11-30141-MAP |

## JOINT SUBMISSION OF THE STIPULATION AND [PROPOSED] ORDER FOR THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION

Pursuant to the Court's December 4, 2012 Scheduling Order, the parties have negotiated a joint proposed protective order for the production and exchange of confidential information in the above-captioned actions. They have reached agreement as to all but one provision, and they hereby submit their joint proposed protective order without the disputed provision as Exhibit A. The text of the disputed provision proposed by Defendants is set forth in Exhibit B. Concurrently with this joint submission, MassMutual, which opposes inclusion of the disputed provision in the protective order, and Defendants, which favor the inclusion of the disputed provision, will file separate submissions with the Court setting forth their respective positions.

DATED: December 14, 2012                    EGAN, FLANAGAN AND COHEN, P.C.

By:  /s/ Edward J. McDonough Jr.
   Edward J. McDonough Jr. (BBO 331590)
   Stephen E. Spelman (BBO 632089)
   Egan, Flanagan and Cohen, P.C.
   67 Market Street, P.O. Box 9035
   Springfield, Massachusetts  01102
   Telephone:  (413) 737-0260
   Fax:  (413) 737-0121
ejm@efclaw.com; ses@efclaw.com

Of counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Fax (212) 849-7100

A. William Urquhart (admitted *pro hac*)
Harry A. Olivar, Jr. (admitted *pro hac*)
Molly Stephens (admitted *pro hac*)

      865 South Figueroa Street, 10th Floor
      Los Angeles, CA 90017
      (213) 443-3000
      Fax (213) 443-3100

By  */s/ Kathy B. Weinman*
   Kathy B. Weinman (BBO #541993)
   Azure Abuirmeileh (BBO #670325)
    COLLORA LLP
    100 High Street, 20th Floor
    Boston, Massachusetts 02110
    Telephone: (617) 371-1000
    Fax: (617) 371-1037
    kweinman@collorallp.com
    aabuirmeileh@collorallp.com

   Of Counsel:

   Thomas C. Rice (admitted *pro hac vice*)
   David J. Woll (admitted *pro hac vice*)
   Alan Turner (admitted *pro hac vice*)
    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 455-2000
    Fax: (212) 455-2502
    trice@stblaw.com
    dwoll@stblaw.com
    aturner@stblaw.com

*Counsel for Defendants Deutsche Bank Securities Inc., Anilesh Ahuja, Michael Commaroto, Richard D'Albert and Richard Ferguson*

*Counsel for Defendants RBS Securities Inc., Joseph N. Walsh III, Robert J. McGinnis, Carol P. Mathis and James M. Esposito*

*Counsel for Defendants UBS Securities LLC and Per Dyrvik*

By  */s/ Jonathan Sablone*
   Jonathan Sablone (BBO #632998)
   Matthew T. McLaughlin (BBO #660878)
     NIXON PEABODY LLP
     100 Summer Street
     Boston, Massachusetts 02110
     Telephone: (617) 345-1342
     Fax: (866) 947-1729
     jsablone@nixonpeabody.com
     mmclaughlin@nixonpeabody.com

   Of Counsel:

   Richard W. Clary (admitted *pro hac vice*)
   Julie A. North (admitted *pro hac vice*)
   Michael T. Reynolds (admitted *pro hac vice*)
     CRAVATH, SWAINE & MOORE LLP
     825 Eighth Avenue
     New York, New York 10019
     Telephone: (212) 474-1000
     Fax: (212) 474-3700
     rclary@cravath.com
     jnorth@cravath.com
     mreynolds@cravath.com

   *Counsel for Defendants Credit Suisse Securities (USA) LLC and Jeffrey A. Altabef*


By  */s/ Jeffrey L. McCormick*
   Jeffrey L. McCormick (BBO #329740)
     ROBINSON DONOVAN, P.C.
     1500 Main Street, Suite 1600
     Springfield, Massachusetts 01115
     Telephone: (413) 732-2301
     Fax: (413) 785-4658
     jmccormick@robinsondonovan.com

   *Counsel for Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Joseph T. Jurkowski, Jr., David M. Duzyk, Louis Schioppo, Jr., William A. King, Thomas F. Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser, David Beck, Diane Novak, and Samuel L. Molinaro, Jr.*

3

Of Counsel:

Robert H. Baron (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
J. Wesley Earnhardt (admitted *pro hac vice*)
  CRAVATH, SWAINE & MOORE LLP
  825 Eighth Avenue
  New York, NY 10019
  Telephone: (212) 474-1000
  Fax: (212) 474-3700
  rbaron@cravath.com
  kdemasi@cravath.com
  wearnhardt@cravath.com

*Counsel for Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Joseph T. Jurkowski, Jr., David M. Duzyk, Louis Schioppo, Jr., and William A. King*

Of Counsel:

Joel C. Haims (admitted *pro hac vice*)
LaShann M. DeArcy (admitted *pro hac vice*)
  MORRISON & FOERSTER LLP
  1290 Avenue of the Americas
  New York, New York 10104
  Telephone: (212) 468-8000
  Fax: (212) 468-7900
  jhaims@mofo.com
  ldearcy@mofo.com

*Counsel for Defendants Thomas F. Marano and Michael B. Nierenberg*

Of Counsel:

Dani R. James (admitted *pro hac vice*)
Jade A. Burns (admitted *pro hac vice*)
  KRAMER LEVIN NAFTALIS & FRANKEL LLP
  1177 Avenue of the Americas
  New York, NY 10036
  Telephone: (212) 715-9100
  Fax: (212) 715-8000
  djames@kramerlevin.com
  jburns@kramerlevin.com

*Counsel for Defendant Jeffrey L. Verschleiser*

Of Counsel:

Theresa Trzaskoma (admitted *pro hac vice*)
David Elbaum (admitted *pro hac vice*)
  BRUNE & RICHARD LLP
  One Battery Park Plaza
  New York, NY 10004
  Telephone (212) 668-1900
  Fax: (212) 668-0315
  ttrzaskoma@bruneandrichard.com
  delbaum@bruneandrichard.com

*Counsel for Defendants David Beck and Diane Novak*

Of Counsel:

Pamela Rogers Chepiga (admitted *pro hac vice*)
Josephine A. Cheatham (admitted *pro hac vice*)
  ALLEN & OVERY LLP
  1121 Avenue of the Americas
  New York, New York 10020
  Telephone: (212) 765-1125
  pamela.chepiga@allenovery.com

*Counsel for Defendant Samuel L. Molinaro, Jr.*

By  */s/ Philip A. O'Connell, Jr.*
   Philip A. O'Connell, Jr. (BBO #649343)
    SNR DENTON US LLP
    101 Federal Street, Suite 2750
    Boston, Massachusetts 02110
    Telephone:  (617) 235-6802
    Fax:  (617) 235-6899
    philip.oconnelljr@snrdenton.com

Of Counsel:

Sandra D. Hauser (admitted *pro hac vice*)
Patrick E. Fitzmaurice (admitted *pro hac vice*)
  SNR DENTON US LLP
  1221 Avenue of the Americas
  New York, New York 10020
  Telephone:  (212) 768-6700
  Fax:  (212) 768-6800
  sandra.hauser@snrdenton.com
  patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew E. Perkins*

By  /s/ Michael Pastore
   Michael Pastore (BBO #669692)
     GREENBERG TRAURIG, LLP
     One International Place
     Boston, MA 02110
     Telephone: (617) 310-6000
     Fax: (617) 310-6001
     pastorem@gtlaw.com

   Of Counsel:

   Richard A. Edlin (admitted *pro hac vice*)
   Ronald D. Lefton (admitted *pro hac vice*)
   Candace Camarata (admitted *pro hac vice*)
     GREENBERG TRAURIG, LLP
     200 Park Avenue
     New York, NY 10166
     Telephone: (212) 801-9200
     Fax: (212)801-6400
     edlinr@gtlaw.com
     leftonr@gtlaw.com
     camaratac@gtlaw.com

   *Counsel for Defendant Jeffrey Mayer*

By   */s/ Mark A. Berthiaume*
Mark A. Berthiaume (BBO #041715)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Telephone: (617) 310-6007
Fax: (617) 310-6001
berthiaumem@gtlaw.com

Of Counsel:

Richard H. Klapper (admitted *pro hac vice*)
David M.J. Rein (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Fax: (212) 558-3588
klapperr@sullcrom.com
reind@sullcrom.com

*Counsel for Defendant Goldman, Sachs & Co.*

By  */s/ Gary R. Greenberg*
    Gary R. Greenberg (BBO #209420)
      GREENBERG TAURIG, LLP
      One International Place
      Boston, MA 02110
      Telephone: (617) 310-6000
      Fax: (617) 310-6001
      greenbergg@gtlaw.com

Of Counsel:

Joseph J. Frank (admitted *pro hac vice*)
Steven J. Fink (admitted *pro hac vice*)
Matthew L. Craner (admitted *pro hac vice*)
Charles J. Ha (admitted *pro hac vice*)
   ORRICK HERRINGTON & SUTCLIFFE LLP
   51 W. 52nd Street
   New York, NY 10019
   Telephone: (212) 506-5000
   Fax: (212) 506-5151
   jfrank@orrick.com
   sfink@orrick.com
   mcraner@orrick.com
   charlesha@orrick.com

*Counsel for Defendant Barclays Capital Inc.*

By  */s/ Joseph F. Ryan*
    Joseph F. Ryan (BBO #435720)
      LYNE, WOODWORTH & EVARTS LLP
      12 Post Office Square
      Boston, Massachusetts 02109
      Telephone: (617) 523-6655
      Fax: (617) 248-9877
      JRyan@lwelaw.com

Of Counsel:

John M. Conlon (admitted *pro hac vice*)
   MAYER BROWN LLP
   1675 Broadway
   New York, New York 10019-5820
   Telephone: (212) 506-2500
   Fax: (212) 262-1910
   jconlon@mayerbrown.com

9

Damien J. Marshall (admitted *pro hac vice*)
Andrew Z. Michaelson (admitted *pro hac vice*)
  BOIES, SCHILLER & FLEXNER LLP
  575 Lexington Avenue, 7th Floor
  New York, New York 10022
  Tel: (212) 446-2300
  Fax: (212) 446-2350
  dmarshall@bsfllp.com
  amichaelson@bsfllp.com

Jonathan M. Shaw (admitted *pro hac vice*)
  BOIES, SCHILLER & FLEXNER LLP
  5301 Wisconsin Avenue, N.W.
  Washington, DC 20015
  Tel: (212) 237-2727
  Fax: (212) 237-6131
  jshaw@bsfllp.com

Edward J. Normand (admitted *pro hac vice*)
  BOIES, SCHILLER & FLEXNER LLP
  333 Main Street
  Armonk, NY 10504
  Tel: (914) 749-8200
  Fax: (914) 749-8300
  enormand@bsfllp.com

*Counsel for Defendants HSBC Securities (USA) Inc., Neal Leonard, Gerard Mattia, Todd White and Jon Voigtman*

By   */s/ Brandon F. White*
   Brandon F. White (BBO #525020)
   K. Neil Austin (BBO #657204)
   Richard G. Baldwin (BBO #670984)
    FOLEY HOAG LLP
    Seaport West
    155 Seaport Boulevard
    Boston, Massachusetts 02210-2600
    Telephone:  (617) 832-1000
    Fax:  (617) 832-7000
    bfwhite@foleyhoag.com
    naustin@foleyhoag.com
    rbaldwin@foleyhoag.com

*Counsel for Defendants Residential Funding Securities LLC and Bruce J. Paradis*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 14th day of December, 2012.

                          */s/ Edward J. McDonough Jr.*
                          _____
                          Edward J. McDonough Jr.