# EXHIBIT A

Case 3:11-cv-30126-MAP   Document 145-1   Filed 01/16/13   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, )<br>)<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>GOLDMAN SACHS MORTGAGE COMPANY, )<br>*et al.*, )<br>)<br>        Defendants. )<br>) | No. 3:11-cv-30126-MAP<br>No. 3:11-cv-30285-MAP |

**CERTIFICATE FOR ADMISSION**
*PRO HAC VICE* **OF LAWRENCE T. GRESSER**

Pursuant to Local Rule 83.5.3, Lawrence T. Gresser certifies as follows:

1. I am a partner at the law firm Cohen & Gresser LLP, located at 800 Third Avenue, New York, New York 10022. The telephone number of the firm is (212) 957-7600. The fax number of the firm is (212) 957-4514.

2. I am a member of the Bar of the State of New York.

3. I am a member of the Bar in good standing in the jurisdictions where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 16th day of January, 2013

                                                        /s/ Lawrence T. Gresser
                                                        Lawrence T. Gresser
                                                        ltgresser@cohengresser.com
                                                        COHEN & GRESSER LLP
                                                        800 Third Avenue
                                                        New York, NY 10022
                                                        Tel: (212) 957-7600
                                                        Fax: (212) 957-4514

*BOS 47103989v1*