# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:11-cv-30126-MAP<br>No. 3:11-cv-30285-MAP |

**CERTIFICATE FOR ADMISSION**
***PRO HAC VICE* OF BRETT D. JAFFE**

Pursuant to Local Rule 83.5.3, Brett D. Jaffe certifies as follows:

1.      I am a partner at the law firm Cohen & Gresser LLP, located at 800 Third Avenue, New York, New York 10022.  The telephone number of the firm is (212) 957-7600.  The fax number of the firm is (212) 957-4514.

2.      I am a member of the Bar of the State of New York.

3.      I am a member of the Bar in good standing in the jurisdictions where I have been admitted to practice.

4.      There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

5.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 16th day of January, 2013

/s/ Brett D. Jaffe
Brett D. Jaffe
bjaffe@cohengresser.com
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
Tel: (212) 957-7600
Fax: (212) 957-4514

BOS 47103991v1