# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, *et al.*,<br><br>            Defendants. | No. 3:11-cv-30126-MAP<br>No. 3:11-cv-30285-MAP |

**CERTIFICATE FOR ADMISSION**
*PRO HAC VICE* **OF S. GALE DICK**

Pursuant to Local Rule 83.5.3, S. Gale Dick certifies as follows:

1. I am a partner at the law firm Cohen & Gresser LLP, located at 800 Third Avenue, New York, New York 10022. The telephone number of the firm is (212) 957-7600. The fax number of the firm is (212) 957-4514.

2. I am a member of the Bar of the State of New York.

3. I am a member of the Bar in good standing in the jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 16th day of January, 2013

/s/ S. Gale Dick
S. Gale Dick
sgdick@cohengresser.com
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
Tel: (212) 957-7600
Fax: (212) 957-4514

BOS 47103993v1