UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 3:11-cv-30126-MAP No. 3:11-cv-30285-MAP |
| v. | ) ) | |
| GOLDMAN SACHS MORTGAGE COMPANY, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**ASSENTED-TO MOTION TO ADMIT**
**SCOTT THOMSON *PRO HAC VICE***

Zachary C. Kleinsasser, a member of this Court and an associate of the firm Greenberg Traurig, LLP, respectfully moves for the admission to the Bar of this Court, *pro hac vice*, of Scott Thomson ("Thomson") as co-counsel for Defendant Goldman, Sachs & Co. ("Goldman").

In support of this Motion, counsel states as follows:

1. Cohen & Gresser LLP has been retained to assist in the representation of Goldman in the above-captioned matter. Cohen & Gresser LLP is located at 800 Third Avenue, New York, New York 10022. The telephone number of the firm is (212) 957-7600. The fax number of the firm is (212) 957-4514.

2. Attorney Thomson is a member in good standing of the Bars of the jurisdictions in which he is admitted to practice. No disciplinary proceedings are pending against him, nor has he been suspended or disbarred in any jurisdiction.

3.      Attorney Thomson is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.      In accordance with Local Rule 85.5.3, attached hereto as **Exhibit A** is the Certification of Attorney Thomson in support of this Motion.

WHEREFORE, Goldman respectfully requests that this Court:

A.      Allow the admission, *pro hac vice*, of Attorney Thomson; and

B.      Grant such other and further relief as is just and proper.

Respectfully Submitted,

/s/ Zachary C. Kleinsasser
Zachary C. Kleinsasser, BBO # 664291
kleinsasserz@gtlaw.com
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Tel:  (617) 310-6293
Fax:  (617) 310-6001

*Counsel for Defendant Goldman, Sachs & Co.*

Dated:  January 16, 2013

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for Defendant Goldman, Sachs & Co. has conferred with counsel for Plaintiff in connection with this Motion, and Plaintiff's counsel has assented to this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 16, 2013

/s/ Zachary C. Kleinsasser

BOS 47103938v1