**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN, SACHS & CO., INC.; AMERICAN HOME MORTGAGE SECURITIES LLC; AMERICAN HOME MORTGAGE ASSETS LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL LLC; UBS SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A. HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; JOSEPH T. JURKOWSKI JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; and THOMAS F. MARANO, | : | No. 3 :11-cv-30126-MAP |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF MARK. D. VILLAVERDE

Please take notice that Mark D. Villaverde hereby withdraws his appearance on behalf of Defendant Samuel L. Molinaro, Jr.  Defendant Molinaro continues to be represented in this action by counsel of record Pamela Rogers Chepiga from Allen & Overy LLP, 1221 Avenue of the Americas, New York, New York 10020.

Dated: February 19, 2013     Respectfully Submitted,

/s/Mark D. Villaverde
Mark D. Villaverde
mvillaverde@stblaw.com
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for Defendant Samuel L. Molinaro, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on February 19, 2013.

Dated: February 19, 2013     /s/Mark D. Villaverde
Mark D. Villaverde