## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------------------- x
MASSACHUSETTS MUTUAL LIFE INSURANCE       :
COMPANY,                                  :
                Plaintiff,                :
                                          :
                                          :
           v.                             :
                                          :
GOLDMAN SACHS MORTGAGE COMPANY;           :   No. 3:11-cv-30126-MAP
GOLDMAN, SACHS & CO., INC.; AMERICAN HOME :
MORTGAGE SECURITIES LLC; AMERICAN HOME    :
MORTGAGE ASSETS LLC; BEAR STEARNS ASSET   :
BACKED SECURITIES I LLC; J.P. MORGAN      :
SECURITIES LLC; BARCLAYS CAPITAL LLC; UBS :
SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A.:
HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN;  :
JOSEPH T. JURKOWSKI JR.; MATTHEW E. PERKINS;:
SAMUEL L. MOLINARO, JR.; and THOMAS F.    :
MARANO,                                   :
                                          :
                Defendants.               :
                                          :
------------------------------------------------------------------------- x
```

## **NOTICE OF WITHDRAWAL OF APPEARANCE OF MICHAEL J. CHEPIGA**

Please take notice that Michael J. Chepiga hereby withdraws his appearance on behalf of Defendant Samuel L. Molinaro, Jr. Defendant Molinaro continues to be represented in this action by counsel of record Pamela Rogers Chepiga from Allen & Overy LLP, 1221 Avenue of the Americas, New York, New York 10020.

Dated: February 22, 2013                    Respectfully Submitted,

/s/ Michael J. Chepiga
Michael J. Chepiga
Michael.Chepiga@gmail.com
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for Defendant Samuel L. Molinaro*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on February 22, 2013.

Dated: February 22, 2013                    /s/ Michael J. Chepiga
                                            Michael J. Chepiga