Patrick E. Fitzmaurice *(admitted pro hac vice)*
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
patrick.fitzmaurice@dentons.com
Tel: 212-768-6700
Fax: 212-768-6800

Attorney for Defendant Matthew E. Perkins

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY<br><br>                Plaintiffs,<br><br>v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, GOLDMAN SACHS & Co., INC., AMERICAN HOME MORTGAGE ASSETS LLC, BEAR STEARNS ASSET BACKED SECURITIES I LLC, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., UBS SECURITIES LLC, MICHAEL STRAUSS, STEPHEN A. HOZIE, THOMAS M. MCDONAGH, ALAN B. HORN, JOSEPH T. JURKOWSKI, JR., MATTHEW E. PERKINS, SAMUEL MOLINARO, JR. and THOMAS MARANO,<br><br>                Defendants. | 3:11-CV-30126 (MAP) |

NOTICE OF CHANGE OF LAW FIRM NAME

TO:    The Clerk of Court and All Parties of Record:

      PLEASE TAKE NOTICE THAT effective March 28, 2013, SNR Denton US LLP ("SNR Denton") has combined with Salans LLP and Fraser Milner Casgrain LLP. As a result, SNR Denton has changed its name to Dentons US LLP as of that effective date. The firm and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change. Please take notice of this change and update your records accordingly.

Dated: April 5, 2013

          Respectfully submitted,

          By: /s/ Patrick E. Fitzmaurice
              Patrick E. Fitzmaurice *(admitted pro hac vice)*
              Dentons US LLP
              1221 Avenue of the Americas
              New York, NY  10020
              patrick.fitzmaurice@dentons.com
              Tel: 212-768-6700
              Fax: 212-768-6800

          *Counsel for Defendant Matthew E. Perkins*