**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>RESIDENTIAL FUNDING COMPANY, LLC (F/K/A RESIDENTIAL FUNDING CORPORATION), et al.,<br><br>    Defendants. | Civil Action No. 3:11-30035-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>DB STRUCTURED PRODUCTS, INC., et al.,<br><br>    Defendants. | Civil Action No. 3:11-30039-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), et al.,<br><br>    Defendants. | Civil Action No. 3:11-30044-MAP-KPN |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DLJ MORTGAGE CAPITAL, INC., et al.,<br><br><br>　　　　　Defendants. | Civil Action No. 3:11-30047-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br><br><br>　　　　　Defendants. | Civil Action No. 3:11-30048-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br><br>　　　　　Defendants. | Civil Action No. 3:11-30094-MAP-KPN |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, et al.,<br><br>    Defendants. | Civil Action No. 3:11-30126-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>IMPAC FUNDING CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:11-30127-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | Civil Action No. 3:11-30141-MAP-KPN |

**DECLARATION OF MOLLY STEPHENS IN SUPPORT OF MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY'S MOTION FOR ENTRY OF AN AMENDED PROTECTIVE ORDER**

I, Molly Stephens, hereby state as follows:

1. I am a Partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual"). I respectfully submit this declaration in support of MassMutual's Motion for Entry of an Amended Protective Order. I make this declaration of personal, firsthand knowledge, and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Joint Stipulation and Order Regarding the Provision of Loan Tape Information to Non-Parties, dated November 19, 2012, entered in *Federal Housing Finance Agency v. UBS Americas, Inc., et al.*, Case No. 11-cv-5201 (DLC) and 15 related cases pending in the Southern District of New York.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of a document publicly filed with the Securities and Exchange Commission which contains loan schedules for the AHMAT Series 2006-2 securitization at issue in Case No. 3:11-30126-MAP-KPN.

4. Attached hereto as Exhibit C is a true and correct copy of the First Amended Protective Order, dated January 11, 2013, entered in *Federal Housing Finance Agency v. UBS Americas, Inc., et al.*, Case No. 11-cv-5201 (DLC) and 15 related cases pending in the Southern District of New York.

5. Attached hereto as Exhibit D is a true and correct copy of the Stipulated Protective Order, dated January 29, 2013, entered in *Federal Housing Finance Agency v. The Royal Bank of Scotland, et al.*, Case No. 3:11-cv-01383-AWT (D. Conn.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 19th day of April, 2013, at Los Angeles, California.

                                               */s/ Molly Stephens*
                                               Molly Stephens

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 19th day of April, 2013.

                                            */s/ John J. Egan*
                                            _____
                                            John J. Egan