## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

—————————————————————————

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30039-MAP-KPN |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DB STRUCTURED PRODUCTS, INC., et al. | ) ) | |
| Defendants. | ) ) | |

—————————————————————————

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30044-MAP-KPN |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS INC.), et al. | ) ) ) ) | |
| Defendants. | ) ) | |

—————————————————————————

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30047-MAP-KPN |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DLJ MORTGAGE CAPITAL, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

—————————————————————————

_____   )

MASSACHUSETTS MUTUAL LIFE INSURANCE   )   Civil Action No. 3:11-30048-MAP-KPN
COMPANY,   )
            )
          Plaintiff,   )
            )
          v.   )
            )
CREDIT SUISSE FIRST BOSTON MORTGAGE   )
SECURITIES CORP., et al.,   )
            )
          Defendants.   )
_____   )
            )
MASSACHUSETTS  MUTUAL  LIFE  INSURANCE )   Civil Action No. 3:11-30094-MAP-KPN
COMPANY,   )
            )
          Plaintiff,   )
            )
          v.   )
            )
JPMORGAN CHASE BANK, N.A., et al.,   )
            )
          Defendants.   )
_____   )
            )
MASSACHUSETTS  MUTUAL  LIFE  INSURANCE )   Civil Action No. 3:11-30126-MAP-KPN
COMPANY,   )
            )
          Plaintiff,   )
            )
          v.   )
            )
GOLDMAN SACHS MORTGAGE COMPANY, et al., )
            )
          Defendants.   )
_____   )

_____  )

MASSACHUSETTS MUTUAL LIFE INSURANCE )   Civil Action No. 3:11-30127-MAP-KPN
COMPANY,                                 )
                                         )
                    Plaintiff,           )
                                         )
          v.                             )
                                         )
IMPAC FUNDING CORPORATION, et al.,       )
                                         )
                    Defendants.          )
_____  )
                                         )
MASSACHUSETTS  MUTUAL  LIFE  INSURANCE )   Civil Action No. 3:11-30141-MAP-KPN
COMPANY,                                 )
                                         )
                    Plaintiff,           )
                                         )
          v.                             )
                                         )
HSBC BANK USA, NATIONAL ASSOCIATION, et )
al.,                                     )
                                         )
                    Defendants.          )
_____  )
                                         )
MASSACHUSETTS  MUTUAL  LIFE  INSURANCE )   Civil Action No. 3:11-30215-MAP-RBS
COMPANY,                                 )
                                         )
                    Plaintiff,           )
                                         )
          v.                             )
                                         )
COUNTRYWIDE  FINANCIAL  CORPORATION,  et )
al.,                                     )
                                         )
                    Defendants.          )
_____  )

|  |  |  |
|---|---|---|
| | ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE | ) | Civil Action No. 3:11-30285-MAP-RBC |
| COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION FOR APPROVAL OF STIPULATION AND [PROPOSED] ORDER AMENDING THE EXPERT DISCOVERY SCHEDULE

WHEREAS, pursuant to the March 5, 2013 Order in 3:11-cv-30039 (Dkt. No. 117), 3:11-cv-30044 (Dkt. No. 101), 3:11-cv-30047 (Dkt. No. 112), 3:11-cv-30048 (Dkt. No. 136), 3:11-cv-30094 (Dkt. No. 173), 3:11-cv-30126 (Dkt. No. 162) , 3:11-cv-30127 (Dkt. No. 89), 3:11-cv-30141 (Dkt. No. 95), the March 28, 2013 Order in No. 3:11-cv-30285 (Dkt. No. 141), and the April 10, 2013 Order in No. 3:11-cv-30215 (Dkt. No. 145) (collectively, the "Expert Scheduling Orders"), Plaintiff on April 12, 2013 designated and disclosed information concerning its sampling expert, Dr. Charles Cowan;

WHEREAS, the Expert Scheduling Orders permit Defendants to take Dr. Cowan's deposition and file their *Daubert* motion no later than May 21, 2013;

WHEREAS, Defendants noticed the deposition of Dr. Cowan, but counsel for the parties have been unable to identify a date on which participating counsel and the witness are available for the deposition prior to May 21, 2013;

WHEREAS, the parties have scheduled Dr. Cowan's deposition for May 21, 2013, and have agreed to minor adjustments to the Expert Scheduling Orders to allow Defendants time to finalize their *Daubert* motion following completion of the deposition;

1

WHEREAS, the scheduling adjustments do not alter the date by which all briefing on Defendants' *Daubert* motion will be completed (which remains July 2, 2013), or the date that the Court has set for a hearing on the motion (which remains July 11, 2013);

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between MassMutual and Defendants, through their undersigned counsel, subject to approval of the Court, that the Expert Scheduling Orders be amended as follows:

i.   Defendants, if they wish, may take Plaintiff's expert's deposition and file their *Daubert* motion challenging Plaintiff's expert no later than May 24, 2013.  By said date, Defendants also shall designate and disclose information regarding their sampling expert, if any, in accord with Fed. R. Civ. P. 26(a)(2).

ii.  Plaintiff, if it wishes, may take Defendant's expert's deposition and file its opposition to Defendants' *Daubert* motion by June 20, 2013, to which Defendants may reply by July 2, 2013.


IT IS SO ORDERED.


Dated: _____, 2013     _____

                                          Michael A. Ponsor
                                          United States District Judge

Dated: May 9, 2013

By: _____/s/ Kathy B. Weinman_____
  Kathy B. Weinman (BBO #541993)
  Azure Abuirmeileh (BBO #670325)
   COLLORA LLP
   100 High Street, 20th Floor
   Boston, Massachusetts 02110
   Telephone: (617) 371-1000
   Fax: (617) 371-1037
   kweinman@collorallp.com
   aabuirmeileh@collorallp.com

  Of Counsel:

  Thomas C. Rice (admitted *pro hac vice*)
  David J. Woll (admitted *pro hac vice*)
  Alan Turner (admitted *pro hac vice*)

   SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
   New York, New York 10017
   Telephone: (212) 455-2000
   Fax: (212) 455-2502
   trice@stblaw.com
   dwoll@stblaw.com
   aturner@stblaw.com

  *Counsel for Defendants Deutsche Bank Securities Inc., Anilesh Ahuja, Michael Commaroto, Richard D'Albert and Richard Ferguson*

  *Counsel for Defendants RBS Securities Inc., Joseph N. Walsh III, Robert J. McGinnis, Carol P. Mathis and James M. Esposito*

  *Counsel for Defendants UBS Securities LLC and Per Dyrvik*

By: ____/s/ Jeffrey L. McCormick____
       Jeffrey L. McCormick (BBO #329740)
       ROBINSON DONOVAN, P.C.
       1500 Main Street, Suite 1600
       Springfield, Massachusetts 01115
       Telephone: (413) 732-2301
       Fax: (413) 785-4658
       jmccormick@robinsondonovan.com

*Counsel for Defendants J.P. Morgan Securities LLC,
WaMu Capital Corporation, Joseph T. Jurkowski, Jr.,
David M. Duzyk, Louis Schioppo, Jr., William A. King,
Thomas F. Marano, Michael B. Nierenberg, Jeffrey L.
Verschleiser, David Beck, Diane Novak, and Samuel L.
Molinaro, Jr.*

       Of Counsel:

       Robert H. Baron (admitted *pro hac vice*)
       Daniel Slifkin (admitted *pro hac vice*)
       Karin A. DeMasi (admitted *pro hac vice*)
       J. Wesley Earnhardt (admitted *pro hac vice*)
           CRAVATH, SWAINE & MOORE LLP
           825 Eighth Avenue
           New York, NY 10019
           Telephone: (212) 474-1000
           Fax: (212) 474-3700
           rbaron@cravath.com
           dslifkin@cravath.com
           kdemasi@cravath.com
           wearnhardt@cravath.com

*Counsel for Defendants J.P. Morgan Securities
LLC, WaMu Capital Corporation, Joseph T.
Jurkowski, Jr., David M. Duzyk, Louis Schioppo,
Jr., and William A. King*

Of Counsel:

Joel C. Haims (admitted *pro hac vice*)
LaShann M. DeArcy (admitted *pro hac vice*)
    MORRISON & FOERSTER LLP
    1290 Avenue of the Americas
    New York, New York 10104
    Telephone: (212) 468-8000
    Fax: (212) 468-7900
    jhaims@mofo.com
    ldearcy@mofo.com

*Counsel for Defendants Thomas F. Marano and Michael B. Nierenberg*


Of Counsel:

Dani R. James (admitted *pro hac vice*)
Jade A. Burns (admitted *pro hac vice*)
    KRAMER LEVIN NAFTALIS & FRANKEL LLP
    1177 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 715-9100
    Fax: (212) 715-8000
    djames@kramerlevin.com
    jburns@kramerlevin.com

*Counsel for Defendant Jeffrey L. Verschleiser*


Of Counsel:

Theresa Trzaskoma (admitted *pro hac vice*)
David Elbaum (admitted *pro hac vice*)
    BRUNE & RICHARD LLP
    One Battery Park Plaza
    New York, NY 10004
    Telephone (212) 668-1900
    Fax: (212) 668-0315
    ttrzaskoma@bruneandrichard.com
    delbaum@bruneandrichard.com

*Counsel for Defendants David Beck and Diane Novak*

Of Counsel:

Pamela Rogers Chepiga (admitted *pro hac vice*)
Josephine A. Cheatham (admitted *pro hac vice*)
    ALLEN & OVERY LLP
    1221 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 765-1125
    pamela.chepiga@allenovery.com
    allie.cheatham@allenovery.com

*Counsel for Defendant Samuel L. Molinaro, Jr.*

By: ____/s/ Philip A. O'Connell, Jr.____
     Philip A. O'Connell, Jr. (BBO #649343)
        DENTONS US LLP
        101 Federal Street, Suite 2750
        Boston, Massachusetts 02110
        Telephone: (617) 235-6802
        Fax: (617) 235-6899
        philip.oconnelljr@dentons.com

Of Counsel:

Sandra D. Hauser (admitted *pro hac vice*)
Patrick E. Fitzmaurice (admitted *pro hac vice*)
        DENTONS US LLP
        1221 Avenue of the Americas
        New York, New York 10020
        Telephone: (212) 768-6700
        Fax: (212) 768-6800
        sandra.hauser@dentons.com
        patrick.fitzmaurice@dentons.com

*Counsel for Defendant Matthew E. Perkins*

By:   */s/ Michael Pastore*
    Michael Pastore (BBO #669692)
      GREENBERG TRAURIG, LLP
      One International Place
      Boston, MA 02110
      Telephone: (617) 310-6000
      Fax: (617) 310-6001
      pastorem@gtlaw.com

Of Counsel:

Richard A. Edlin (admitted *pro hac vice*)
Ronald D. Lefton (admitted *pro hac vice*)
Candace Camarata (admitted *pro hac vice*)
      GREENBERG TRAURIG, LLP
      200 Park Avenue
      New York, NY 10166
      Telephone: (212) 801-9200
      Fax: (212)801-6400
      edlinr@gtlaw.com
      leftonr@gtlaw.com
      camaratac@gtlaw.com

*Counsel for Defendant Jeffrey Mayer*

By: ___/s/ Jonathan Sablone_____
    Jonathan Sablone (BBO #632998)
    Matthew T. McLaughlin (BBO #660878)
      100 Summer Street
      Boston, Massachusetts 02110
      Telephone: (617) 345-1342
      Fax: (866) 947-1729
      jsablone@nixonpeabody.com
      mmclaughlin@nixonpeabody.com

Of Counsel:

Richard W. Clary (admitted *pro hac vice*)
Julie A. North (admitted *pro hac vice*)
Richard J. Stark (admitted *pro hac vice*)
Michael T. Reynolds (admitted *pro hac vice*)
Lauren A. Moskowitz (admitted *pro hac vice*)
    CRAVATH, SWAINE & MOORE LLP
    825 Eighth Avenue
    New York, New York 10019
    Telephone: (212) 474-1000
    Fax: (212) 474-3700
    rclary@cravath.com
    jnorth@cravath.com
    rstark@cravath.com
    mreynolds@cravath.com
    lmoskowitz@cravath.com

*Counsel for Defendants Credit Suisse Securities (USA) LLC and Jeffrey A. Altabef*

By:   */s/ Mark A. Berthiaume*
    Mark A. Berthiaume (BBO #041715)
      GREENBERG TRAURIG, LLP
      One International Place
      Boston, Massachusetts 02110
      Telephone: (617) 310-6007
      Fax: (617) 310-6001
      berthiaumem@gtlaw.com

Of Counsel:

Richard H. Klapper (admitted *pro hac vice*)
David M.J. Rein (admitted *pro hac vice*)
    125 Broad Street
    New York, NY 10004-2498
    Telephone: (212) 558-4000
    Fax: (212) 558-3588
    klapperr@sullcrom.com
    reind@sullcrom.com

*Counsel for Defendant Goldman, Sachs & Co.*

By:    */s/ Gary R. Greenberg*
     Gary R. Greenberg (BBO #209420)
        GREENBERG TRAURIG, LLP
        One International Place
        Boston, MA 02110
        Telephone: (617) 310-6000
        Fax: (617) 310-6001
        greenbergg@gtlaw.com

Of Counsel:

Joseph J. Frank (admitted *pro hac vice*)
Steven J. Fink (admitted *pro hac vice*)
Matthew L. Craner (admitted *pro hac vice*)
Charles J. Ha (admitted *pro hac vice*)
        ORRICK HERRINGTON & SUTCLIFFE LLP
        51 W. 52nd Street
        New York, NY 10019
        Telephone: (212) 506-5000
        Fax: (212) 506-5151
        jfrank@orrick.com
        sfink@orrick.com
        mcraner@orrick.com
        charlesha@orrick.com

*Counsel for Defendant Barclays Capital Inc.*

By:   */s/ Joseph F. Ryan*
  Joseph F. Ryan (BBO #435720)
   LYNE, WOODWORTH & EVARTS LLP
   12 Post Office Square
   Boston, Massachusetts 02109
   Telephone: (617) 523-6655
   Fax: (617) 248-9877
   JRyan@lwelaw.com

  Of Counsel:

  John M. Conlon (admitted *pro hac vice*)
  Michael O. Ware (admitted *pro hac vice*)
  Allison J. Zolot (admitted *pro hac vice*)
   MAYER BROWN LLP
   1675 Broadway
   New York, New York 10019-5820
   Telephone: (212) 506-2500
   Fax: (212) 262-1910
   jconlon@mayerbrown.com
   mware@mayerbrown.com
   azolot@mayerbrown.com

  Damien J. Marshall (admitted *pro hac vice*)
  Andrew Z. Michaelson (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
   575 Lexington Avenue
   New York, New York 10022
   Tel: (212) 446-2300
   Fax: (212) 446-2350
   dmarshall@bsfllp.com
   amichaelson@bsfllp.com

  Jonathan M. Shaw (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Avenue, N.W.
   Washington, DC 20015
   Tel: (212) 237-2727
   Fax: (212) 237-6131
   jshaw@bsfllp.com

Edward J. Normand (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
   333 Main Street
   Armonk, NY 10504
   Tel: (914) 749-8200
   Fax: (914) 749-8300
   enormand@bsfllp.com

*Counsel for Defendants HSBC Securities (USA)*
*Inc., Neal Leonard, Gerard Mattia, Todd White and*
*Jon Voigtman*

EGAN, FLANAGAN AND COHEN, P.C.

By: */s/ Edward J. McDonough Jr.*
   Edward J. McDonough Jr. (BBO 331590)
   Stephen E. Spelman (BBO 632089)
   Egan, Flanagan and Cohen, P.C.
   67 Market Street, P.O. Box 9035
   Springfield, Massachusetts 01102
   Telephone: (413) 737-0260
   Fax: (413) 737-0121
ejm@efclaw.com; ses@efclaw.com

Of counsel:

QUINN EMANUEL URQUHART & SULLIVAN,
LLP
Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Fax (212) 849-7100

A. William Urquhart (admitted *pro hac*)
Harry A. Olivar, Jr. (admitted *pro hac*)
Molly Stephens (admitted *pro hac*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

*Counsel for Plaintiff Massachusetts Mutual Life*
*Insurance Company*

**CERTIFICATE OF SERVICE**

       I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 9th day of May, 2013.


                               *s/ Jeffrey L. McCormick*
                               Jeffrey L. McCormick